1  ILENE J. LASHINSKY (AZ #3073)
   United States Trustee
2  District of Arizona

3  JENNIFER A. GIAIMO (NY #2520005)
   Trial Attorney
4  230 North First Ave., Suite 204
   Phoenix, Arizona 85003-1706
5  Telephone: (602) 682-2600
   Facsimile: (602) 514-7270
6  Email: Jennifer.A.Giaimo@usdoj.gov

7               IN THE UNITED STATES BANKRUPTCY COURT

8               FOR THE DISTRICT OF ARIZONA

9  In re:                          )  Chapter 11
                                   )
10 PHOENIX HELIPARTS, INC.         )  Case No. 2:15-bk-12003-DPC
                                   )
11        Debtor.                  )  VERIFIED STATEMENT, ACCEPTANCE
                                   )  OF APPOINTMENT, AND
12                                 )  DECLARATION OF LOUIE A. MUKAI
                                   )
13                                 )
                                   )
14 ─────────────────────────       )

15       I, the undersigned, Louie A. Mukai, do hereby accept my appointment as

16 trustee in the above-captioned case and declare as follows:

17       1.     I am a person eligible and competent to perform the duties of trustee

18 herein.

19       2.     I have not served as examiner in this case.

20       3.     I do not hold and do not represent an interest adverse to the

21 bankruptcy estate in this case.

22

23
                                   1

1      4.    I have no connection with the debtor, creditors, other parties in

2 interest, or their respective attorneys and accountants in this case.

3      5.    I have no connection with the United States Trustee or with any

4 person employed in the Office of the United States Trustee.

5      6.    I have not received any compensation from any party with respect to

6 my employment by the estate in this case, and I have made no agreements or

7 arrangements with the debtor or any other party for compensation in this case.

8      7.    I will seek compensation from the Bankruptcy Court based on fee

9 applications to be filed with and approved by the Court.

10     I hereby declare under penalty of perjury that the foregoing is true and

11 correct.

12

13     Dated this 21 day of October, 2015.

14

15                           Louie A. Mukai

16

17

18

19

20

21

22

23