James E. Cross, Bar No. 009063
**CROSS LAW FIRM, P.L.C.**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Office: (602) 412-4422
Fax: (602) 252-4712
Email: jcross@crosslawaz.com

Counsel for Louie Mukai, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PHOENIX HELIPARTS, INC.,<br><br>Debtor.<br>Now Substantively Consolidated with<br>PHOENIX HELI SUPPORT, L.L.C. | Chapter 11 Proceedings<br><br>Case No. 2:15-bk-12003-DPC<br><br>**TRUSTEE'S OBJECTION TO CLAIMS FILED BY ROBERT AND KATHIE REISH AND RYUKO, INC.**<br><br>**[Claims No. 35.1, 36.1, 37.1, 38.1, 39.1]** |

Trustee, Louie Mukai for the Debtor and Debtor-in-Possession ("Debtor"), by and through the Trustee's undersigned counsel, in this matter, hereby objects to all claims filed by Robert and Kathie Reish and Ryuko Inc., a Wyoming Corporation, pending the outcome of discovery and the 2004 examination of Mr. Reish and his wholly owned affiliate Ryoko. These claims have been docketed as numbers as 35.1, 36.1, 37.1, 38.1, and 39.1.

**WHEREFORE**, the Trustee respectfully requests that the Court disallowing these claims pending the outcome of discovery and the 2004 examination of Mr. Reish and his wholly owned affiliate Ryoko..

DATED this 24th day of March, 2016.

                                              THE CROSS LAW FIRM, P.L.C.

                                              /s/ *James Cross (#9063)*
                                              James E. Cross
                                              Attorney for the Chapter 11 Trustee

1 COPY of the foregoing filed via the
Court's ECF system on March 24th 2016,
2 and copies mailing to:
3
Robert and Kathleen Reish
4 *c/o Lee Horner, Esq.*
*Goldstein Legal Team PLLC*
5 *5800 Arizona Pavilions Dr. #2665*
6 *Cortaro, AZ 85652*

7 /s/Linda Miernik
Paralegal to James E. Cross
8 **CROSS LAW FIRM, P.L.C.**
1850 N. Central Avenue, Suite 1150
9 Phoenix, Arizona 85004
10 Telephone: (602) 412-4422
Facsimile: (602) 252-4712
11 Email: lmiernk@crosslawaz.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28