James E. Cross, Bar No. 009063
**CROSS LAW FIRM, P.L.C.**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 412-4422
Fax: (602) 252-4712
Email: jcross@crosslawaz.com

Counsel for Louie Mukai, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| PHOENIX HELIPARTS, INC., | Case No. 2:15-bk-12003-DPC |
| Debtor. | |
| Now Administratively Consolidated with Phoenix Heli Support, L.L.C. | **NOTICE OF FILING LIQUIDATION TRUST AGREEMENT AND DECLARATION OF TRUST** |

**PLEASE TAKE NOTICE** that Chapter 11 Trustee, Louie Mukai ("Trustee"), through his counsel undersigned, the Cross Law Firm, P.L.C., by James E. Cross, is hereby providing notice of the Chapter 11 Trustee's filing of the Liquidation Trust Agreement and Declaration of Trust. This is not a final version as the parties are still negotiating.

Dated: May 26, 2016

                                                  THE CROSS LAW FIRM, P.L.C.

                                                /s/ *James Cross (#9063)*
                                                James E. Cross
                                                Counsel for the Chapter 11 Trustee

A copy of the forgoing was filed with
the Bankruptcy Court's ECF System
this 26th day of May, 2016

A copy of the forgoing was transmitted
this 26th day of May 2016 by email using the
Courts electronic noticing system.

/s/Linda Miernik
Paralegal to James E. Cross