| | |
|---|---|
| James E. Cross, Bar #009063<br>**CROSS LAW FIRM, P.L.C.**<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, Arizona  85004<br>Telephone: (602) 412-4422<br>Facsimile: (602) 252-4712<br>E-mail: jcross@crosslawaz.com<br>Attorney for Louie Mukai<br>Chapter 11 Trustee | |

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PHOENIX HELIPARTS, INC.,<br><br>        Debtor.<br>Now Substantively Consolidated with<br>PHOENIX HELI SUPPORT, L.L.C. | Chapter 11 Proceedings<br><br>Case No. 2:15-bk-12003 DPC<br><br>**LIQUIDATION TRUSTEE'S *EX PARTE* MOTION TO EXTEND DEADLINE TO FILE PROOFS OF CLAIM FOR CERTAIN PARTIES ON THE PHOENIX HELI SUPPORT, L.L.C. MAILING LIST** |

      Louie Mukai, the duly appointed Liquidation Trustee ("Trustee") of the Phoenix Heliparts, Inc., Liquidation Trust ("Trust") through undersigned counsel, hereby moves the Court for an *ex parte* order extending the time for certain parties with returned mail on the Phoenix Heli Support, L.L.C. ("PHS") mailing list to file administrative and unsecured proofs of claim.  The extension is sought for those specific parties where notification of the previous deadline has been returned due to an incorrect or inadequate address. No harm shall be suffered by granting this relief on an *ex parte* basis and given that the Liquidation Plan has now been confirmed, time is of the essence in sending out this revised notice.

      The Trustee makes this request due to a clerical error which resulted in an incorrect address format being listed and used to notify certain Phoenix Heli Support creditors of the prior claims deadline.  Due to this error, the mailing list incorrectly listed the addresses for approximately 65 creditors/vendors resulting in those specific parties not receiving adequate notice of the deadline to file proofs of claim in this case. The prior bar date for filing unsecured

claims on behalf of PHS creditors was May26 , 2016 as established on page 1, paragraph B of the order approving disclosure statement in support of Trustee's Plan of Liquidation. See Order dated May, 5, 2016 (Dkt. #440).

The court has authority to set a claims bar date under Bankruptcy Code §501 and Bankruptcy Rule 3003. Federal Rule of Bankruptcy Procedure 9006(b)(1) allows the Court, on motion, to enlarge the time to file a proof of claim, for excusable neglect. See Fed. R. Bankr. P. § 9006(b)(1). The court further has the authority to extend or amend the previously established bar date if justice or equity so require. *In re Maya Const. Co*., 78 F.3d 1395 (9th Cir. 1996)

WHEREFORE, based on the foregoing, the Trustee respectfully requests the Court to enter an order *ex parte* extending to August 31, 2016 the deadline for filing unsecured and administrative proofs of claim for potential creditors and interested parties on the PHS mailing list but only for only those whose mail was returned. The list of the specific parties with returned mail is attached hereto as Exhibit "A."

DATED this 20th day of July, 2016.

CROSS LAW FIRM, P.L.C.

/s/ *JEC #009063*
James E. Cross, Bar #009063
CROSS LAW FIRM, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
Counsel for Phoenix Heliparts, Inc.,

A copy of the forgoing was filed with
the Bankruptcy Court's ECF System
this 20th day of July, 2016

A copy of the forgoing was transmitted
to the following by email:

Jennifer Giaimo
United States Trustee
230 North First Avenue, Suite 204
Phoenix AZ 85003-1706
Email: Jennifer.a.giaimo@usdoj.gov

Louie Mukai
Mukai Greenlee & Company, P.C.
2600 N. Central Avenue, Suite 1820
Phoenix, AZ 85004-2600

| | |
|---|---|
| 1 | Email: mukail@mukaigreenlee.com<br>*Chapter 11 Trustee* |
| 2 | |
| 3 | H. Lee Horner, Jr.<br>Goldstein, Horner & Horner, Attorneys PLLC |
| 4 | 5800 Arizona Pavilions Dr. #2665<br>Cortaro, AZ 85652 |
| 5 | Email: steinway@azbar.org<br>*Attorneys for Robert and Kathleen Reish and Ryuko, Inc.* |
| 6 | |
| 7 | Michael W. Carmel<br>Law Offices of Michael W. Carmel, Ltd. |
| 8 | 80 E. Columbus Avenue<br>Phoenix, AZ 85012<br>Email: Michael@mcarmellaw.com |
| 9 | |
| 10 | Steven N. Berger<br>Scott Cohen |
| 11 | Damien Robert Meyer<br>Engelman Berger, PC |
| 12 | 3636 N. Central Avenue, Suite 700<br>Phoenix, AZ 85012 |
| 13 | Email: snb@eblawyers.com; sbc@eblawyers.com; drm@eblawyers.com<br>*Attorneys for TKC Aerospace, Inc.* |
| 14 | |
| 15 | **KELLY SINGER**<br>QUARLES & BRADY LLP |
| 16 | ONE RENAISSANCE SQUARE<br>TWO N. CENTRAL AVENUE |
| 17 | PHOENIX, AZ 85004<br>kelly.singer@quarles.com |
| 18 | |
| 19 | Lori Sharpe Day<br>Ashcroft Law Firm |
| 20 | 222 South Central<br>Suite 110 |
| 21 | St. Louis, MO 63105<br>www.ashcroftlawfirm.com |
| 22 | |
| 23 | /s/Ryan R. Cross<br>Assistant to James E. Cross |
| 24 | **CROSS LAW FIRM, P.L.C.**<br>1850 N. Central Avenue, Suite 1150 |
| 25 | Phoenix, Arizona 85004 |
| 26 | |
| 27 | |
| 28 | |