| | | |
|---|---|---|
| H5 Productions<br>Mitch<br>16114 North 81st Street<br>Scottsdale, AZ 85260 | Avair Inc<br>Brendan Gallagher<br>6877 W. Fry Rd.<br>Chandler, AZ 85226 | Arizona Source Land Holding<br>15220 N 78th Wy<br>Scottsdale, AZ 85260 |
| Transworld Aviation<br>150-B Dominion Drive<br>Morrisville, NC 27560 | Bear Defense<br>4751 Jim Walter Blvd.<br>Tampa, FL 33607 | Aviation Supplies<br>735 N Ogden Drive<br>Los Angeles, CA 90046 |
| Three Five Aviation<br>527 E Elk Ave<br>Elizabethton, TN 37643 | Breeze-Eastern<br>Patricia Bieksha<br>PO BOX 417030<br>Boston, MA 02241-7030 | DES Unemployment Tax<br>PO Box 52027<br>Phoenix, AZ 85072 |
| Pylon Aviation<br>4377 W Rickenbacker Way<br>Chandler, AZ 85226 | Cascade Airframe Repair<br>8500 Perimeter Road A-4<br>Seattle, WA 98108 | Airframe & Powerplant Solutions<br>Angela Morals<br>1957 John Young PKWY, Unit K<br>Kissimmee, FL 34741 |
| Airbus<br>2701 Forum Dr.<br>Grand Prarie, TX 75052 | Cox {0901}<br>PO BOX 53249<br>Phoenix, AZ 85072-3249 | Ariztar, LLC<br>2000 Hwy. 95, Suite 210<br>Bullhead City, AZ 86442 |
| AeroHead Aviation<br>James Kerr<br>7431 E. Greenway Rd.<br>Scottsdale, AZ 85260 | Bonding Solutions<br>2855 E. Brown Rd.<br>Suite 9<br>Mesa, AZ 85213 | Defense Technology Equipment<br>Maria Arreguin<br>45681 Oakbrook Court #107<br>Sterling, VA 20166 |
| Aerospace Ind.<br>Alberto Rodriguez<br>10913 NW 30th Street<br>Suite 107<br>Doral, FL 33172 | City of Phoenix - Police Air Support<br>Kevin Kleinpeter<br>102 E Deer Valley Road<br>Phoenix, AZ 85024 | Bruel & Kjaer<br>Scott Owen<br>2815-A Colonnades Court<br>Norcross, GA 30071 |
| Architectural Stone Concepts<br>16211 N. Scottsdale Rd.<br>Ste. A6A-422<br>Scottsdale, AZ 85254 | Aerospace Technician Corp<br>Silvana Sinning<br>8457 NW 70th St.<br>729 Curtiss Pkwy<br>Miami, FL 33166 | Combe Logistics<br>Ruda<br>8113 NW 68 Street<br>Miami, FL 33166 |
| Diagnstic Sltns<br>Cathy Bainbridge<br>2580 E Philadelphia St.<br>Ontario, CA 91761 | Hillsboro Aviation, Inc.<br>3950 NW 264th Avenue<br>Hillsboro, OR 97124 | FreeFlight Systems<br>3700 Interstate 35 South<br>Waco, TX 76706 |

| | | |
|---|---|---|
| East Coast Aviation<br>399 East Dr.<br>Melbourne, FL 32904 | Gnasky, Inc.<br>Kevin Lee<br>780 Roosevelt<br>Irvine, CA 92620 | Interturbine, Inc.<br>2617 N. Great Southwest Pkwy<br>Suite 200<br>Grand Praire, TX 75050 |
| Eurotec Vertical Flight<br>1040 OCL Parkway<br>Eudora, KS 66025 | Kings Avionics<br>237 N 2370 West<br>Salt Lake City, UT 84116-2936 | KLX Aerospace<br>88289 Expedite Way<br>Chicago, IL 60695-0001 |
| FBR Aviation<br>Isabelle Brito<br>2011 S. Perimeter Rd., Ste. C<br>Fort Lauderdale, FL 33309 | Donaldson Filtration Solutions<br>96869 Collection Center Dr<br>Chicago, IL 60693 | Eagle Blades (Tim McAdam)<br>8074 E. Whistling Wind Wy<br>Scottsdale, AZ 85255 |
| EDMO Distributors<br>12830 E. Mirabeau Pkwy<br>Spokane, WA 99216 | Falcon Executive Aviation, Inc.<br>4766 E. Falcon Dr.<br>Mesa, AZ 85215 | Fedex<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 |
| Genlogi LLC<br>10700 NW 66yth St.<br>Doral, FL 33178 | Guard-O-Matic<br>2015 W Weldon Ave.<br>Phoenix, AZ 85017 | Helitech Aviation Group<br>4026 Cocoplum Circle<br>Coconut Creek, FL 33063 |
| KRN Aviation<br>Chris Smith<br>450 N McClintock Dr.<br>Suite 101<br>Chandler, AZ 85226 | Mecanex<br>Donnell<br>119 White Oak Drive<br>Berlin, CT 06037 | Papillon<br>Luis Garcia<br>1301 Airport Rd, Hangar 1<br>Boulder City, NV 89005 |
| PL Miller Electric<br>10105 E. Via Linda<br>Ste. 103-315<br>Scottsdale, AZ 85258 | Premiere Electric<br>614 W Caballero Cr.<br>Mesa, AZ 85201 | Master Tronics<br>19800 Cypress Ct<br>Miami, FL 33015 |
| Meeker Aviation Services LTD.<br>2608 Temple Heights Drive<br>Oceanside, CA 92056 | Nampa Valley Helicopters<br>1870 West Franklin Road<br>Meridian, ID 83642 | Oenning Law<br>6424 E. Greenway Pkwy<br>Suite 100-374<br>Scottsdale, AZ 85254 |
| PCS- Aerospace<br>Francisco Arguelles<br>201 Cross St.<br>Miami, FL 33166 | Power Packs Plus<br>Ryan Svetz<br>1380 Greg Street<br>Sparks, NV 89431 | Propel Aviation Sales & Services<br>14300 SW 129th St., Ste 101<br>Miami, FL 33186 |
| Matt Hoehm<br>155 Kapalulu Place<br>Honolulu, HI 96819 | MSC<br>75 Maxess Rd.<br>Melville, NY 11747 | Lisa Newarkinone<br>22 Technology Pkwy S, Suite 250<br>Norcross, GA 30092 |

| | | |
|---|---|---|
| Onlinecomponents.com<br>PO Box 25905<br>Los Angeles, CA 900258 | Pima County Sheriff<br>PO BOX 791<br>Tucson, AZ 85701 | Quality Aircraft<br>5746 E Apache<br>Tulsa, OK 74115 |
| Richardson and Richardson<br>1745 S. Alma School Rd.<br>Suite 100<br>Mesa, AZ 85210 | Scottsdale Airport<br>15000 N Airport Dr.<br>Scottsdale, AZ 85260 | Southwest Aviation Insurance Group<br>Dave Monaco<br>14415 N 73rd St.,Suite 115<br>Scottsdale, AZ 85260 |
| Spectro, Inc.<br>1 Executive Dr.,Suite 101<br>Clelmsford, MA 01824 | Transportes Aeros Guatemaltecos<br>8501 NW 17th St. Suite 120<br>Doral, FL 33126 | Royal Sign<br>2631 N 31st Ave<br>Phoenix, AZ 85009 |
| Space Age Auto Paint<br>Janet<br>707 S. Country Club Drive<br>Mesa, AZ 85210 | The Battery Guy<br>Billy Shaw<br>1872 E. Shannon St<br>Chandler, AZ 85225 | Tri-Core<br>Wendy J. Rangel<br>445 E FM 1382<br>Cedar Hill, TX 75104 |
| Sonicare Solutions<br>111 Commerce Rd.<br>Boynton Beach, FL 33426 | The City of Oklahoma City (PD)<br>1401 S. Western Ave.<br>Oklahoma City, OK 73109 | Tribute Aviation<br>1825 W. Knudsen Drive<br>Phoenix, AZ 85027 |
| Praxair<br>PO Box 120812, Dept. 0812<br>Dallas, TX 75312-0812 | | |