**SO ORDERED.**

**Dated: June 21, 2017**

**Daniel P. Collins, Chief Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| PHOENIX HELIPARTS, INC., | Case No. 2:15-bk-12003-DPC |
| Debtor.<br>Now Substantively Consolidated with<br>PHOENIX HELI SUPPORT, L.L.C. | **ORDER GRANTING LIQUIDATION TRUSTEE'S FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM**<br><br>**[Claim Nos. 1-5, 4, 6, 12, 15, 22, 26, 34, 43, 46, 48, 49, 52, and other specified claims not filed]** |

This matter came before the Court on the *Liquidation Trustee's First Omnibus Objection to Proofs of Claims and Notice of Response Deadline* (the "First Omnibus Objection") [Dkt. 563], filed on September 27, 2016, by Louie Mukai, the Liquidating Trustee ("Trustee"). The First Omnibus Objection having been properly noticed by the *Notice of Filing Liquidation Trustee's First Omnibus Objection to Proofs of Claims and Notice of Response Deadline* [Dkt. 564], and bar date for responses to the First Omnibus Objection having passed on October 29, 2016, and four responses and/or objections to the First Omnibus Objection being timely filed by 1) creditor Airwest Helicopters, Inc. as to Claim No. 48 [Dkt. #572], 2) creditor Dane S. Field, Bankruptcy Trustee of Alexair, Inc. as to Claim No. 20 [Dkt. #573], 3) creditor Joe Musco as to Claim No. 3 [Dkt. #574], and 4) creditor Teris-Phoenix, LLC as to Claim No. 33 [Dkt. #565], and the Trustee having resolved the objections to the claims of Dane S. Field as to Claim No. 20, Joe Musco as to Claim No. 3, Teris-Phoenix, LLC as to Claim No. 33, and the Arizona Department of Revenue as to Claim Nos. 13 and 47 through Stipulated Orders;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     **IT IS HEREBY ORDERED** granting the Trustee's First Omnibus Objection and disallowing the remaining claims objected to that have not been resolved through stipulation, which are set forth in attached Exhibit A, on the grounds that the claims failed to satisfy the requirements for a proof of claim.

**ORDERED, DATED, AND SIGNED ABOVE.**
