# EXHIBIT A

| NAME OF CLAIMANT | CLAIM NUMBER | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|
| Air Comm Corporation<br>1575 W. 124th Ave., #210<br>Westminster, CO 80234 | 12 | $7,267.28 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| American Alternative Insurance Corporation<br>1475 E. Woodfield Rd., #500<br>Schaumberg, IL 60173 | 46 | $150,000.00 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| ATK-Alliant Techsystems Operations, LLC<br>5995 Opus Parkway, Suite 300<br>Minnetonka, MN 55343 | 22 | $54,535.00 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| Bank Direct Capital Finance<br>150 North Field Drive, Suite 190<br>Lake Forest, IL 60045 | 15 | $61,002.90 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| Castle and Cooke Aviation Honolulu<br>155 Kapalulu Place<br>Honolulu, HI 96819 | 52 | $9,366.82 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| DHL Global Forwarding<br>1801 NW 82nd Avenue<br>Doral, FL 33126 | 26 | $6,804.40 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| Global Tranz Enterprises<br>5415 E. High Street, Bldg. A9, Ste. 460<br>Phoenix, AZ 85054 | 6 | Unknown | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| Helicopter Tech. Company | N/A | Unknown | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. Further, there has been no proof of claim filed. |

1

# EXHIBIT A

| | | | |
|---|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 1-5 | $13,089.56 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| Law Office of Scott E. Boehm P.C | N/A | Unknown | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. Further, there has been no proof of claim filed. |
| Precision Aviation Group, Inc.<br>c/o Thomas R. Walker<br>McGuire Woods LLP<br>1230 Peachtree Street, NE, Ste. 2100<br>Atlanta, GA 30309 | 34 | Unknown | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| Prime Turbines LLC<br>1615 Diplomat Dr., Suite 120<br>Carrollton, TX 75006-8392 | 49 | $18,210.13 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |
| QBE Insurance | N/A | Unknown | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. Further, there has been no proof of claim filed. |
| RSG Products | N/A | Unknown | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. Further, there has been no proof of claim filed. |
| Steven L. Raether<br>3750 E. Farmdale Ave.<br>Mesa, AZ 85206 | 43 | $500.00 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim amount. |