**SCHIAN WALKER, P.L.C.**
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
CODY J. JESS, #025066
E-MAIL: cody@biz.law
Attorneys for Airwest Helicopters, Inc.

E-Mail for Electronic Service: bkdocket@biz.law

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PHOENIX HELIPARTS, INC.,<br><br>Debtor.<br><br>Now Substantively Consolidated With<br>PHOENIX HELI SUPPORT, L.L.C. | Case No. 2:15-bk-12003-DPC<br><br>CHAPTER 11<br><br>**WITHDRAWAL OF CLAIM #59** |

Airwest Helicopters, Inc. hereby withdraws the inadvertently filed Proof of Claim No. 59.

DATED this <u>1st</u> day of August, 2017.

                                     SCHIAN WALKER, P.L.C.


                                     By <u>/s/ CODY J. JESS, #025066</u>
                                          Cody J. Jess
                                          Attorneys for Airwest Helicopters, Inc.

COPY of the foregoing
e-mailed this <u>1st</u> day
of August, 2017, to:

James E. Cross, Esq.
Cross Law Firm, P.L.C.
1850 North Central Avenue, #1150
Phoenix, Arizona 85004
Attorney for Louie Mukai, Liquidation Trustee
jcross@crosslawaz.com

| 1 | Jennifer A. Giaimo, Esq.<br>U.S. Trustee's Office<br>230 North First Avenue, #204<br>Phoenix, Arizona 85003-1706<br>jennifer.a.giaimo@usdoj.gov |

/s/ JULIE LARSEN