James E. Cross, Bar No. 009063
**CROSS LAW FIRM, P.L.C.**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Office: (602) 412-4422
Fax: (602) 252-4712
Email: jcross@crosslawaz.com
*Counsel for Louie Mukai, Liquidation Trustee*
*of the Phoenix Heliparts, Inc. Liquidation Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PHOENIX HELIPARTS, INC.,<br><br>Debtor.<br><br>Now Substantively Consolidated with PHOENIX HELI SUPPORT, L.L.C. | Chapter 11 Proceedings<br><br>Case No. 2:15-bk-12003-DPC<br><br>**STIPULATION TO SELL PROPERTY STORED BY THE LIQUIDATION TRUST**<br><br>**(Re: MD Helicopter Model 369FF with the Serial Number 0041FF)** |

Louie Mukai, Liquidation Trustee for the Phoenix Heliparts, Inc. Liquidation Trust ("Trustee"), by and through his undersigned counsel, together with Syntelco, Limited and the Azerbaijan Ministry of Defense ("AMOD"), through their undersigned counsel, hereby enter into this Stipulation to Sell Property Stored by the Liquidation Trust, which property is identified as MD Helicopter Model 369FF with Serial Number 0041FF (the "Property") and in whose name FAA title is held by AMOD.

The Property is the subject of ongoing litigation between the Trustee and Robert and Kathleen Reish and Ryuko, Inc. (collectively, the "Reish Parties"), as well as litigation between AMOD and the Reish Parties, and both litigation cases are currently pending appeal in the U.S. District Court, District of Arizona and the Ninth Circuit, Court of Appeals. The Trustee is currently holding the Property in a storage facility and paying

monthly storage fees. The Trustee and AMOD agree and stipulate to the sale of the Property, with the proceeds from such sale to be held by the Trustee pending further order of this Court or written agreement of the Parties. The Trustee and AMOD hereby expressly reserve all rights and release no claims or defenses relating to the Property by entering into this Stipulation.

The Liquidation Trust ("Trust") shall list the aircraft for sale at an opening bid (Reserve) price which the Trustee shall determine based upon consultation with the same parties that advised him on the sale of the D model helicopter in 2017.

The Property shall be advertised in at least two national publications read by helicopter buyers as well as listing the helicopter for sale on those publications' websites. The advertisement shall state that the aircraft is subject to an auction for sale to the highest bidder on a date selected by the Trustee. A reserve price shall be set forth in the advertisement of the auction.

There will be a two calendar day inspection period for qualified bidders prior to the auction. To qualify, bidders must first submit bid deposits in certified funds in the amount of $25,000 to qualify. Potential bidders must also agree to the terms of the bid process by signing a "Binding Bidding Agreement."

All bid deposits of qualified bidders other than the winning and backup bid shall be returned to those parties within three (3) business days upon the conclusion of the auction sale.

Two business days prior to the auction date, all qualified bidders shall submit bids by e-mail to the Trustee's counsel until there are no further bids. At that point, the Trustee shall inform all qualified bidders of the identity of the highest bidder. The second highest bidder shall be designated as the backup bidder.

There shall then be a period from 9:00 a.m. to 5:00 p.m. (Arizona time) on the Auction Date for qualified bidders to submit higher bids. If there are none, then the auction shall conclude. All qualified bidders shall be informed of the other competing bids during the day of the Auction. The auction sale is "as is, where is" with no representations or warranties of any kind. All costs and fees related to the sale shall be itemized and deducted from the sale price. The net proceeds from the auction sale shall then be deposited into an interest bearing account solely controlled by the Trustee and subject to the terms of this Stipulation.

**WHEREFORE,** the Trustee and AMOD stipulate to entry of an Order of this Court as follows:

A. Authorizing the Trustee to sell MD Helicopter Model 369FF with Serial Number 0041FF, with the Trustee and AMOD each expressly reserving all rights and releasing no claims or defenses relating to the Property;

B. Authorizing the Trustee to hold the proceeds from such sale of the Property pending further order of this Court; and

C. Authorizing the Trustee and counsel for AMOD to execute any documents necessary to convey title upon the sale of the Property.

Case 2:15-bk-12003-DPC    Doc 660    Filed 08/21/19    Entered 08/21/19 13:32:40    Desc
Main Document    Page 3 of 5

DATED this 21st day of August, 2019.

**THE CROSS LAW FIRM, P.L.C.**

/s/ *James Cross (#9063)*
James E. Cross
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
*Counsel for Louie Mukai, Liquidation Trustee of the Phoenix Heliparts, Inc. Liquidation Trust*

**-and-**

**ASHCROFT LAW FIRM, LLC**

 */s/ Michael J. Sullivan (with permission)*
Michael J. Sullivan
200 State St., 7th Floor
Boston, MA 02109
*Counsel for the Azerbaijan Ministry of Defense*

COPY of the foregoing filed via the
Court's ECF system on August 21, 2019,
and copies e-mailed to:

Jennifer Giaimo
United States Trustee
230 North First Avenue, Suite 204
Phoenix AZ 85003-1706
Email: Jennifer.a.giaimo@usdoj.gov

Michael W. Carmel
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, AZ 85012
Email: Michael@mcarmellaw.com

H. Lee Horner, Jr.
Goldstein Legal Team, PLLC
5800 Arizona Pavilions Dr. #2665
Cortaro, AZ 85652
Email: steinway@rocketmail.com
Attorneys for Robert and Kathleen Reish and Ryuko, Inc.

| | |
|---|---|
| 1 | Steven N. Berger<br>Scott Cohen |
| 2 | Damien Robert Meyer<br>Engelman Berger, PC |
| 3 | 3636 N. Central Avenue, Suite 700 |
| 4 | Phoenix, AZ 85012<br>Email: snb@eblawyers.com; sbc@eblawyers.com; |
| 5 | drm@eblawyers.com |
| 6 | Attorneys for TKC Aerospace, Inc. |
| 7 | Kelly Singer |
| | SQUIRE PATTON BOGGS, LLP |
| 8 | 1 E. Washington St., Suite 2700 |
| 9 | Phoenix, AZ 85004 |
| | Email: kelly.singer@squirepb.com |
| 10 | Attorneys for the Official Committee of Unsecured Creditors |
| 11 | |
| 12 | Steven M. Aaron<br>Dentons US LLP – Phoenix, AZ |
| 13 | 2398 E. Camelback Rd., Suite 850<br>Phoenix, AZ 85016 |
| 14 | Email: steven.aaron@dentons.com |
| | Counsel for the Azerbaijan Ministry of Defense |
| 15 | |
| 16 | Michael J. Sullivan |
| | Ashcroft Law Firm, LLC |
| 17 | 200 State Street, 7th Floor |
| | Boston, MA |
| 18 | Email: msullivan@ashcroftlawfirm.com |
| 19 | Pro Hac Vice Co-Counsel for the Azerbaijan Ministry of Defense |
| 20 | Lori Sharpe Day |
| | Ashcroft Law Firm, LLC |
| 21 | 22 South Central, Suite 110 |
| 22 | St. Louis, MO 63105<br>Email: lday@ashcroftlawfirm.com |
| 23 | |
| 24 | /s/ *Kara L. Stewart* |
| 25 | |
| 26 | |
| 27 | -5- |
| 28 | |