**GOLDSTEIN LEGAL TEAM, PLLC**
H. Lee Horner Jr.   ASB #022791
5800 Arizona Pavilions Drive #2665
CORTARO, AZ 85652
520-979-5176
FAX 520-323-0131

Attorneys for Robert and Kathleen Reish
and Ryuko, Inc.

steinway@rocketmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re:

Phoenix Heliparts Inc.,                    Case No.2:15-bk-12003-DPC
                                           Chapter 11 Proceedings

        DEBTOR
_____|

**OBJECTION TO PROPOSED AUCTION SALE
PROCEDURE FOR 0041FF HELICOPTER**
[dkt. 660]
**Hearing Requested**

Robert and Kathleen Reish, parties interested in the sale of the 0041FF

helicopter presently on the trustee's premises, do not object to the sale per se,

however the procedure proposed for auction by e-mail is objected to.

The U. S. Trustee regularly conducts "call in" auction sales on the last

Friday of each month, at the bankruptcy courthouse, conducted by the

respective trustee or counsel,  and in-person bidding is also permitted.

Also, the Arizona bankruptcy courts have been known to conduct the

actual auction in open court, once again with phone-in and in-person bidding

capabilities.

Three parties, Mr. And Mrs. Reish, AMOD and the trustee claim

entitlement to these auction proceeds, a dispute to be determined at another

time (after finality of various appeals now pending)  so it is in everyone's best

interests to use an auction procedure that maximizes the ultimate sales price.

1

Objectors agree there is no need to retain an auctioneer and it appears the trustee is taking appropriate steps to market the upcoming sale to parties that may well have an interest in buying.

Before the trustee's "stipulation" was filed, counsel for the trustee was informed by the undersigned that the Reishes would not stipulate to the manner of sale proposed, so the motion is not a true stipulated motion of all interested parties.

While this e-mail bidding procedure was used previously to sell the estate's "delta" helicopter, as objectors Reish had no interest in that helicopter, no objection was made to that process.

Wherefore objectors Reish pray for an order changing the manner of sale either to the monthly UST auction process, or set a court date for bidding in open court, in both instances where in person and telephonic bidding by qualified bidders (who have given the trustee a $25,000 deposit) is possible, and request a hearing.

Respectfully submitted August 21, 2019,

GOLDSTEIN LEGAL TEAM, PLLC

s/ H. Lee Horner Jr.  022791

_____
H. Lee Horner Jr.
Attorneys for objectors Reish


Copy served on all parties in interest
by CM/ECF on Aug 21, 2019,

s/K. Siegman

_____
K. Siegman, declarant for service only

2