James E. Cross, Bar No. 009063
**CROSS LAW FIRM, P.L.C.**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Office: (602) 412-4422
Fax: (602) 252-4712
Email: jcross@crosslawaz.com
*Counsel for Louie Mukai, Liquidation Trustee*
*of the Phoenix Heliparts, Inc. Liquidation Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| PHOENIX HELIPARTS, INC., | Case No. 2:15-bk-12003-DPC |
| Debtor. | **RESPONSE TO REISH'S OBJECTION TO THE STIPULATION TO SELL PROPERTY STORED BY THE LIQUIDATION TRUST** |
| Now Substantively Consolidated with PHOENIX HELI SUPPORT, L.L.C. | **(Re: MD Helicopter Model 369FF with the Serial Number 0041FF)** |
| | **Hearing Date: September 25, 2019** **Hearing Time: 3:00 p.m.** **Location: Courtroom 603** |

Louie Mukai, Liquidation Trustee for the Phoenix Heliparts, Inc. Liquidation Trust ("Trustee"), by and through his undersigned counsel, hereby replies to the *Objection to Proposed Auction Sale Procedures for 0041FF Helicopter* (the "Objection") filed by Robert and Kathleen Reish and Ryuko, Inc. (collectively referred to as "Reish"). Reish has no standing to object to the sale procedures, nor does the Objection articulate any basis to overcome the Trustee's business judgment.

Helicopter 0041FF has been the subject of litigation before this Court and others since 2016. It is a well-established fact that in November 2015, Phoenix Heliparts, Inc. ("PHP") transferred 0041FF to Robert Reish, and then Robert Reish transferred his interest

in 0041FF to the Azerbaijan Ministry of Defense ("AMOD"). This series of transfers have been the subject of a Motion for Summary Judgment, a BAP appeal, an evidentiary hearing, and now an appeal currently pending before District Court Judge Rayes. Further, AMOD, Reish, and Darrin Cannon are litigating claims related to 0041FF in District Court (Case No. 17-cv-00598-JZB). In the District Court litigation, Reish has filed numerous pleadings and motions (See Docket at Exhibit A). Further, the District Court decided, pursuant to a Motion for Summary Judgment filed by AMOD, that Reish breached his contract to sell 0041FF to AMOD (See Order at Exhibit B) -- this is currently on appeal. In all of these proceedings, Reish has never claimed a current interest in 0041FF. Now, at this late date, Reish seeks to assert a claim in 0041FF. Based on this apparently newly discovered claim, Reish seeks to insert himself into this proceeding.[1]

AMOD is the FAA registered title holder and owner of 0041FF. There is no litigation pending in any forum that seeks to modify this fact. The Trust has stored 0041FF since the Oder Confirming the Plan. Other than litigation with Reish, the expense associated with insuring and storing 0041FF for AMOD is the single largest ongoing expense of the Trust. To resolve this issue, AMOD and the Trustee seek to dispose of 0041FF. As described in the *Stipulation to Sell Property Stored by Liquidation Trustee*, AMOD and the Trustee have determined the most effective procedure to efficiently sell 0041FF for the maximum amount of net proceeds. Reish has articulated no deficiency in this procedure, nor has Reish provided a rational basis to adopt a different procedure.

---

[1] It is worth noting that the Trustee and Reish have executed an agreement (the "Forbearance Agreement") whereby Reish released all claims against the Trust---known or unknown. To the extent that Reish is asserting a claim against the Trust, this is a further breach of the Forbearance Agreement.

Finally, in all of the proofs of claim Reish or Ryuko have filed with this court (claim numbers 35-39), not a single one asserts an ownership interest in 0041FF. Reish is now judicially estopped from asserting an interest in 0041FF at this point. "The Ninth Circuit explained that the purpose of the doctrine of judicial estoppel is to protect against a litigant playing 'fast and loose with the courts' by asserting inconsistent positions." *Plise v. Krohn (In re Plise)* (B.A.P. 9th Cir., 2015) (internal citations omitted). Throughout the various proceedings regarding 0041FF, Reish's positions change whenever the previous position is no longer expedient to the latest impulse of the litigant. Reish should not be permitted to make a claim to ownership to the detriment of the orderly disposition of AMOD's property.

In sum, the Objection by Reish is yet another obstreperous maneuver that only increases the cost of the administration of the Trust for no discernable benefit to any party.

**WHEREFORE,** the Trustee requests this Court overrule Reish's Objection and enter an Order consistent with the *Stipulation to Sell Property Stored by Liquidation Trustee*.

DATED this 20th day of September, 2019.

**THE CROSS LAW FIRM, P.L.C.**

/s/ *James Cross (#9063)*
James E. Cross
1850 N. Central Ave., Suite 1150
Phoenix, AZ  85004
*Counsel for Louie Mukai, Liquidation Trustee of the Phoenix Heliparts, Inc. Liquidation Trust*

COPY of the foregoing filed via the
Court's ECF system on September 20, 2019,
and copies e-mailed to:

Jennifer Giaimo
United States Trustee

| | |
|---|---|
| 1 | 230 North First Avenue, Suite 204 |
| | Phoenix AZ 85003-1706 |
| 2 | Email: Jennifer.a.giaimo@usdoj.gov |
| 3 | Michael W. Carmel |
| | Law Offices of Michael W. Carmel, Ltd. |
| 4 | 80 E. Columbus Avenue |
| | Phoenix, AZ 85012 |
| 5 | Email: Michael@mcarmellaw.com |
| 6 | |
| | H. Lee Horner, Jr. |
| 7 | Goldstein Legal Team, PLLC |
| | 5800 Arizona Pavilions Dr. #2665 |
| 8 | Cortaro, AZ 85652 |
| | Email: steinway@rocketmail.com |
| 9 | Attorneys for Robert and Kathleen Reish and Ryuko, Inc. |
| 10 | |
| | Steven N. Berger |
| 11 | Scott Cohen |
| | Damien Robert Meyer |
| 12 | Engelman Berger, PC |
| | 3636 N. Central Avenue, Suite 700 |
| 13 | Phoenix, AZ 85012 |
| 14 | Email: snb@eblawyers.com; sbc@eblawyers.com; |
| | drm@eblawyers.com |
| 15 | Attorneys for TKC Aerospace, Inc. |
| 16 | Kelly Singer |
| 17 | SQUIRE PATTON BOGGS, LLP |
| | 1 E. Washington St., Suite 2700 |
| 18 | Phoenix, AZ 85004 |
| | Email: kelly.singer@squirepb.com |
| 19 | Attorneys for the Official Committee of Unsecured Creditors |
| 20 | |
| | Steven M. Aaron |
| 21 | Dentons US LLP – Phoenix, AZ |
| | 2398 E. Camelback Rd., Suite 850 |
| 22 | Phoenix, AZ 85016 |
| | Email: steven.aaron@dentons.com |
| 23 | Counsel for the Azerbaijan Ministry of Defense |
| 24 | |
| | Michael J. Sullivan |
| 25 | Ashcroft Law Firm, LLC |
| | 200 State Street, 7th Floor |
| 26 | Boston, MA |
| | Email: msullivan@ashcroftlawfirm.com |
| 27 | Pro Hac Vice Co-Counsel for the Azerbaijan Ministry of Defense |
| 28 | |

-4-

Lori Sharpe Day
Ashcroft Law Firm, LLC
22 South Central, Suite 110
St. Louis, MO 63105
Email: lday@ashcroftlawfirm.com

/s/ *Kara L. Stewart*