# Exhibit A

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:17-cv-00598-JZB

| | |
|---|---|
| Syntelco Limited v. Reish | Date Filed: 02/28/2017 |
| Assigned to: Magistrate Judge John Z Boyle | Jury Demand: Both |
| Demand: $2,322,000 | Nature of Suit: 190 Contract: Other |
| Interim Related Case: 2:18-cv-04960-SPL | Jurisdiction: Diversity |
| Case in other court: Ninth Circuit, 19-16371 | |
| Cause: 28:1332 Diversity-Breach of Contract | |

### Plaintiff

**Syntelco Limited** represented by **Amy Diana Barry**
*a Limited Liability Company, Authorized Agent for Republic of Azerbaijan on behalf of* Ashcroft Law Firm LLC
Azerbaijan Ministry of Defense 200 State St., 7th Fl.
Boston, MA 02109
617-573-9400
Fax: 617-933-7607
Email: abarry@ashcroftlawfirm.com
*TERMINATED: 04/12/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew M Legolvan**
Dentons US LLP - San Francisco, CA
Spear Twr.
1 Market Plz., 24th Fl.
San Francisco, CA 94105
415-267-4000
Fax: 415-267-4198
*TERMINATED: 01/26/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacqueline Michelle Whipple**
Dentons US LLP - Kansas City, MO
4520 Main St., Ste. 1100
Kansas City, MO 64111-7700
816-460-2432
Fax: 816-531-7545
Email: jacqueline.whipple@dentons.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Sullivan**
Ashcroft Law Firm LLC
200 State St., 7th Fl.
Boston, MA 02109

617-573-9400
Fax: 617-933-7607
Email: msullivan@ashcroftlawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Martin Aaron**
Dentons US LLP - Phoenix, AZ
2398 E Camelback Rd., Ste. 850
Phoenix, AZ 85016-9016
816-460-2476
Fax: 816-531-7545
Email: steven.aaron@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Robert Reish**<br>*an Individual* | represented by | **H Lee Horner , Jr.**<br>Goldstein Horner & Horner Attorneys<br>P.O. Box 2665<br>Cortaro, AZ 85652<br>520-979-5176<br>Fax: 520-744-5073<br>Email: steinway@rocketmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul L Cass**<br>Law Office of Paul L Cass<br>7777 Greenback Lane, Ste. 107<br>Citrus Heights, CA 95610<br>916-536-1099<br>Fax: 916-536-0739<br>Email: casslaws@aol.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Defendant**

| | | |
|---|---|---|
| **Tina M Cannon**<br>*Wife*<br>*formerly doing business as*<br>Phoenix Heliparts Incorporated | represented by | **Jeffrey Sinclair Surdakowski**<br>Goldman & Zwillinger PLLC<br>17851 N 85th St., Ste. 175<br>Scottsdale, AZ 85255<br>480-626-8483<br>Fax: 480-502-7500<br>Email: jsurdakowski@gzlawoffice.com<br>*TERMINATED: 10/03/2018*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Marcus Austin Kelley**
Goldman & Zwillinger PLLC
17851 N 85th St., Ste. 175
Scottsdale, AZ 85255
480-626-8483
Fax: 480-502-7500
Email: mkelley@gzlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Andrew Griffiths**
Mills & Woods Law
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
480-999-4556
Email: sgriffiths@millsandwoods.com
*TERMINATED: 01/09/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott H Zwillinger**
Goldman & Zwillinger PLLC
17851 N 85th St., Ste. 175
Scottsdale, AZ 85255
480-626-8483
Fax: 480-383-6224
Email: szwillinger@gzlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaun Thomas Kuter**
Goldman & Zwillinger PLLC
17851 N 85th St., Ste. 175
Scottsdale, AZ 85255
480-626-8483
Fax: 480-502-7500
Email: skuter@gzlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

| | | |
|---|---|---|
| **Darin Cannon**<br>*Husband*<br>*formerly doing business as*<br>Phoenix Heliparts Incorporated | represented by | **Jeffrey Sinclair Surdakowski**<br>(See above for address)<br>*TERMINATED: 10/03/2018*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Marcus Austin Kelley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Andrew Griffiths**<br>(See above for address) |

*TERMINATED: 01/09/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott H Zwillinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaun Thomas Kuter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Unknown Parties**
*Named as Does 1-50 Inclusive*

**ThirdParty Plaintiff**

**Robert Reish**                          represented by   **H Lee Horner , Jr.**
*an Individual*                                            (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Paul L Cass**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2017 | 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970-13962843 filed by Syntelco Limited. (Submitted by Steven Aaron) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(LSP) (Entered: 02/28/2017) |
| 02/28/2017 | 2 | SUMMONS Submitted by Syntelco Limited. (Submitted by Steven Aaron) (LSP) (Entered: 02/28/2017) |
| 02/28/2017 | 3 | Corporate Disclosure Statement by Syntelco Limited. (Submitted by Steven Aaron) (LSP) (Entered: 02/28/2017) |
| 02/28/2017 | 4 | Filing fee paid, receipt number 0970-13962843. This case has been assigned to the Honorable John Z Boyle. All future pleadings or documents should bear the correct case number: CV-17-598-PHX-JZB. Magistrate Election form attached. (Attachments: # 1 Instructions)(LSP) (Entered: 02/28/2017) |
| 02/28/2017 | 5 | Summons Issued as to Robert Reish. (LSP). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 02/28/2017) |
| 03/09/2017 | 6 | MOTION for Admission Pro Hac Vice as to attorney Amy D Barry on behalf of Syntelco Limited. (BAS) (Entered: 03/09/2017) |
| 03/09/2017 |  | PRO HAC VICE FEE PAID. $ 35, receipt number PHX183032 as to Amy D Barry. This is |

| | | |
|---|---|---|
| | | a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 03/09/2017) |
| 03/09/2017 | 7 | MOTION for Admission Pro Hac Vice as to attorney Michael Sullivan on behalf of Syntelco Limited. (BAS) (Entered: 03/09/2017) |
| 03/09/2017 | | PRO HAC VICE FEE PAID. $ 35, receipt number PHX183033 as to Michael J Sullivan. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 03/09/2017) |
| 03/09/2017 | 8 | ORDER pursuant to General Order 09-08 granting 6 Motion for Admission Pro Hac Vice; granting 7 Motion for Admission Pro Hac Vice. Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. Counsel is advised that they are limited to two (2) additional e-mail addresses in their District of Arizona User Account. (BAS) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 03/09/2017) |
| 03/14/2017 | 9 | Agreement to Magistrate Judge Jurisdiction. Party agrees to Magistrate Judge Jurisdiction. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 03/14/2017) |
| 04/18/2017 | 10 | MOTION to Dismiss for Failure to State a Claim , MOTION for More Definite Statement by Robert Reish. (Attachments: # 1 Exhibit 1)(Horner, H) (Entered: 04/18/2017) |
| 04/20/2017 | 11 | Agreement to Magistrate Judge Jurisdiction. Party agrees to Magistrate Judge Jurisdiction. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 04/25/2017) |
| 04/25/2017 | 12 | Minute Order: In accordance with 28 USC 636(c), all parties have voluntarily consented to have Magistrate Judge John Z. Boyle conduct all further proceedings in this case, including trial and entry of final judgment, and conduct all post-judgment proceedings, with direct review by the Ninth Circuit Court of Appeals, if an appeal is filed. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 04/25/2017) |
| 05/01/2017 | 13 | RESPONSE to Motion re: 10 MOTION to Dismiss for Failure to State a Claim MOTION for More Definite Statement filed by Syntelco Limited. (Legolvan, Andrew) (Entered: 05/01/2017) |
| 05/08/2017 | 14 | REPLY to Response to Motion re: 10 MOTION to Dismiss for Failure to State a Claim MOTION for More Definite Statement filed by Robert Reish. (Horner, H) (Entered: 05/08/2017) |
| 06/22/2017 | | Remark: Pro hac vice motion granted for Paul L Cass on behalf of defendant Robert Reish. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 06/22/2017) |
| 08/28/2017 | 15 | ORDER: Defendant's Motion to Dismiss (doc. 10 ) Counts 8 and 9 of Plaintiff's Complaint is denied. Defendant's request for a more definite statement of Plaintiff's alleged fraud claims (doc. 10 ) is granted. On or before September 22, 2017, Plaintiff shall file an amended complaint including more detailed factual allegations of their fraud claims as is required under Rule 9(b). Signed by Magistrate Judge John Z Boyle on 8/28/17.(EJA) (Entered: 08/28/2017) |
| 09/22/2017 | 16 | AMENDED COMPLAINT *First Amended Complaint* against Robert Reish filed by Syntelco Limited. (Attachments: # 1 Exhibit A - Helicopter, # 2 Exhibit B - Declaration, # 3 Exhibit C - Syntelco, # 4 Exhibit D - Signed Revocation of Acceptance, # 5 Exhibit E - 2017-05-04 Under Advisement Ruling)(Aaron, Steven) (Entered: 09/22/2017) |

| | | |
|---|---|---|
| 10/01/2017 | 17 | Second MOTION for More Definite Statement by Robert Reish. (Attachments: # 1 Exhibit A)(Horner, H) (Entered: 10/01/2017) |
| 10/01/2017 | 18 | *Second AMENDED MOTION for More Definite Statement *(Corrected)* by Robert Reish. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Horner, H) *Modified on 10/2/2017 to correct event (ATD). (Entered: 10/01/2017) |
| 10/01/2017 | 19 | *NOTICE of Defendant's Second Motion for More Definite Statement *-Notice of Filing and of Bar Date for Response* re: 18 by Robert Reish. (Horner, H) *Modified on 10/2/2017 to correct event type and add document linkage (ATD). (Entered: 10/01/2017) |
| 10/16/2017 | 20 | RESPONSE in Opposition re: 18 Second MOTION for More Definite Statement *(Corrected)* filed by Syntelco Limited. (Aaron, Steven) (Entered: 10/16/2017) |
| 10/16/2017 | 21 | *Filed at (Doc. 26 )--LODGED PROPOSED DOCUMENT re: AMENDED COMPLAINT *Second Amended Complaint* against Robert Reish filed by Syntelco Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Aaron, Steven) Modified to lodge document on 11/20/2017 per Order 24 (KAS). Modified on 11/28/2017 (LSP). (Entered: 10/16/2017) |
| 11/09/2017 | 22 | ANSWER to 21 Amended Complaint with Jury Demand , THIRD PARTY COMPLAINT *of Robert Reish against Darin and Tina Cannon,et al* against Robert Reish by Robert Reish. (Attachments: # 1 Exhibit One to Answer, # 2 Exhibit A to Third Party Complaint, # 3 Exhibit B to Third Party Complaint)(Horner, H) (Entered: 11/09/2017) |
| 11/13/2017 | | Summons Issued as to Darin Cannon, Tina M Cannon over the counter on this date. (BJWI). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (Entered: 11/13/2017) |
| 11/13/2017 | 23 | *ANSWER to 21 Amended Complaint with Jury Demand , THIRD PARTY COMPLAINT *AMENDED, WITH JURY DEMAND* against Darin Cannon, Tina M Cannon by Robert Reish. (Attachments: # 1 Exhibit Answer - Attachment One, # 2 Exhibit A to Amended Third Party Complaint, # 3 Exhibit B to Amended Third Party Complaint)(Horner, H) *Modified to correct document number and to remove duplicate parties on 11/14/2017 (LSP). (Entered: 11/13/2017) |
| 11/20/2017 | 24 | AMENDED by (Doc. 25 ) ORDER denying as moot 18 Motion for More Definite Statement. The Court will lodge the Second Amended Complaint at Doc. 21 . Signed by Magistrate Judge John Z Boyle on 11/20/2017.(KAS) Modified on 11/28/2017 (LSP). (Entered: 11/20/2017) |
| 11/28/2017 | 25 | AMENDED ORDER denying as moot 18 Defendant's Second MOTION for More Definite Statement. The Court will file the Second Amended Complaint at (Doc. 21 ). Signed by Magistrate Judge John Z Boyle on 11/28/17. (LSP) (Entered: 11/28/2017) |
| 11/28/2017 | 26 | SECOND AMENDED COMPLAINT against Robert Reish filed by Syntelco Limited. (LSP) (Entered: 11/28/2017) |
| 11/29/2017 | 27 | ORDER setting Rule 16 Case Management Conference or 1/8/2018 at 10:30 AM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge John Z Boyle. The parties shall meet and confer at least 14 days before the Case Management Conference. The parties shall file the Joint Case Management Report with the Clerk at least seven days before the Case Management Conference. Signed by Magistrate Judge John Z Boyle on 11/29/17. (LSP) (Entered: 11/29/2017) |
| 11/29/2017 | 28 | SERVICE EXECUTED : Proof of Service re: Summons on a Third-Party Complaint upon |

| | | |
|---|---|---|
| | | Tina Cannon on 11/24/2017. (MFR) (Entered: 12/01/2017) |
| 11/29/2017 | 29 | SERVICE EXECUTED : Proof of Service re: Summons on a Third-Party Complaint upon Darin Cannon on 11/24/2017. (MFR) (Entered: 12/01/2017) |
| 12/01/2017 | 30 | NOTICE of Appearance by Scott H Zwillinger on behalf of Darin Cannon, Tina M Cannon. (Zwillinger, Scott) (Entered: 12/01/2017) |
| 12/01/2017 | | Magistrate Election Form Deadline set as to Darin Cannon, Tina Cannon. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MAP) (Entered: 12/07/2017) |
| 12/14/2017 | 31 | *Joint MOTION for Extension of Time to file Responsive Pleading by Darin Cannon, Tina M Cannon. (Zwillinger, Scott) *Modified to correct motion type on 12/15/2017 (LSP). (Entered: 12/14/2017) |
| 12/15/2017 | 32 | ORDER granting 31 Motion for Extension of Time to Answer re: 23 Third Party Complaint. Darin Cannon and Tina M Cannon answer due 1/15/2018. Signed by Magistrate Judge John Z Boyle on 12/15/17. (LSP) (Entered: 12/15/2017) |
| 12/19/2017 | 33 | Order that Darin Cannon, Tina M Cannon show cause for failure to comply with LRCiv 3.7(b) before Judge G Murray Snow. Show Cause Hearing set for 1/22/2018 at 04:30 PM before Judge G Murray Snow. (Attachments: # 1 Instructions, # 2 Consent Form)(MAP) (Entered: 12/19/2017) |
| 12/19/2017 | 35 | Agreement to Magistrate Judge Jurisdiction. Party agrees to Magistrate Judge Jurisdiction. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 12/20/2017) |
| 12/19/2017 | | MINUTE ORDER: That counsel having complied with this Court's Order, the Order to Show Cause Hearing scheduled for 1/22/18 is hereby VACATED. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 12/20/2017) |
| 12/20/2017 | 36 | Minute Order: In accordance with 28 USC 636(c), all parties have voluntarily consented to have Magistrate Judge John Z Boyle conduct all further proceedings in this case, including trial and entry of final judgment, and conduct all post-judgment proceedings, with direct review by the Ninth Circuit Court of Appeals, if an appeal is filed. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 12/20/2017) |
| 12/28/2017 | 37 | REPORT of Rule 26(f) Planning Meeting by Syntelco Limited. (Aaron, Steven) (Entered: 12/28/2017) |
| 01/04/2018 | 38 | SCHEDULING ORDER: Discovery due by 6/1/2018. Dispositive motions due by 11/2/2018. See Order for details. Signed by Magistrate Judge John Z Boyle on 1/4/18. (DXD) (Entered: 01/04/2018) |
| 01/04/2018 | 39 | MINUTE ORDER: Vacating the January 8, 2018 Rule 16 Scheduling Conference. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (JZB, rb) (Entered: 01/04/2018) |
| 01/09/2018 | 40 | *NOTICE of Attorney Substitution *Notice of Disassociation of Attorney from Firm and Association of new Counsel within Firm* by Scott H Zwillinger terminating Scott Andrew Griffiths by Darin Cannon, Tina M Cannon. . (Zwillinger, Scott) *Modified on 1/10/2018 to correct event (ATD). (Entered: 01/09/2018) |
| 01/15/2018 | 41 | *Joint MOTION *for Second Extension of Time to File Responsive Pleading* by Darin Cannon, Tina M Cannon. (Surdakowski, Jeffrey) *Modified to correct event on 1/16/2018 (SLQ). (Entered: 01/15/2018) |

| | | |
|---|---|---|
| 01/18/2018 | 42 | ORDER granting 41 Motion for Extension of Time: Third-party Defendants shall have up to, and including, January 22, 2018 to file a responsive pleading to Defendant/Third-party Plaintiff Robert Reish's Answer to Second Amended Complaint and Third-party Complaint against Darin and Tina Cannon, f/d/b/a Phoenix Heliparts, Inc. Signed by Magistrate Judge John Z Boyle on 1/18/18. (SJF) (Entered: 01/18/2018) |
| 01/22/2018 | 43 | *First MOTION to Dismiss Counts/Claims : fraud, equitable Indemnity, contribution and MOTION for Attorneys' Fees and Costs by Darin Cannon, Tina M Cannon. (Zwillinger, Scott). *Added MOTION for Attorney Fees on 1/23/2018 (KAS). (Entered: 01/22/2018) |
| 01/26/2018 | 44 | *NOTICE of Service of Discovery re: Plaintiff's Initial Disclosures by Syntelco Limited . (Aaron, Steven) *Modified to correct event; attorney noticed on 1/29/2018 (SLQ). (Entered: 01/26/2018) |
| 01/26/2018 | 45 | NOTICE of Attorney Withdrawal *Andrew M. Legolvan* filed by Steven Martin Aaron. (Aaron, Steven) (Entered: 01/26/2018) |
| 01/26/2018 | 46 | NOTICE of Service of Discovery filed by Robert Reish. (Horner, H) (Entered: 01/26/2018) |
| 02/21/2018 | 47 | *NOTICE of Errata re: Inadvertent Filing by Darin Cannon *and Tina Cannon, f/d/b/a Phoenix Heliparts, Inc. Third party Defendants* re: 43 (Zwillinger, Scott) *Modified to correct event and add document link on 2/22/2018 (SLQ). (Entered: 02/21/2018) |
| 02/27/2018 | 48 | STIPULATION *Motion and Order to Have Darrin Cannon and Tina M. Cannon, Individuals File Motion to Dismiss and to Have Robert Reish File Responsive Pleadings to Motion to Dismiss* by Robert Reish. (Attachments: # 1 Text of Proposed Order Order on Motion, Stipulation, and Order to Have Darin Cannon and Tina M. Cannon, Individuals File Motion to Dismiss and to Have Robert Reish File Responsive Pleadings to Motion to Dismiss)(Cass, Paul) (Entered: 02/27/2018) |
| 02/28/2018 | 49 | ORDER: The Motion 48 is granted. Defendant shall have up to, and including, March 9, 2018 to file a response to Third-Party Defendants' Motion to Dismiss. Third-Party Defendants shall file a reply on or before March 19, 2018. Signed by Magistrate Judge John Z Boyle on 2/28/2018. (REK) (Entered: 02/28/2018) |
| 03/09/2018 | 50 | RESPONSE in Opposition re: 43 First MOTION to Dismiss Counts/Claims : fraud, equitable Indemnity, contribution *and Request for Attorneys' Fees and Costs* MOTION for Attorney Fees filed by Robert Reish. (Cass, Paul) (Entered: 03/09/2018) |
| 03/09/2018 | 51 | NOTICE of Errata re: 50 Response in Opposition to Motion *to Dismiss Filed by Darrin Cannon and Tina M. Cannon* by Defendant Robert Reish.. (Cass, Paul) (Entered: 03/09/2018) |
| 03/19/2018 | 52 | *REPLY to Response to Motion re: 43 MOTION to Dismiss for Failure to State a Claim MOTION for More Definite Statement *and Request for Attorney's' Fees and Costs* filed by Darin Cannon, Tina M Cannon. (Zwillinger, Scott) *Modified to correct document link on 3/20/2018 (SLQ). (Entered: 03/19/2018) |
| 03/23/2018 | 53 | NOTICE of Service of Discovery filed by Syntelco Limited. (Aaron, Steven) (Entered: 03/23/2018) |
| 03/23/2018 | 54 | NOTICE of Service of Discovery filed by Syntelco Limited. (Aaron, Steven) (Entered: 03/23/2018) |
| 04/12/2018 | 55 | *NOTICE of Attorney Withdrawal filed by Steven Martin Aaron terminating Amy Diana Barry.. (Aaron, Steven) *Modified on 4/13/2018 to correct event (ATD). (Entered: 04/12/2018) |

| 04/19/2018 | 56 | NOTICE of Service of Discovery filed by Syntelco Limited. (Aaron, Steven) (Entered: 04/19/2018) |
|---|---|---|
| 04/19/2018 | 57 | NOTICE of Service of Discovery filed by Syntelco Limited. (Aaron, Steven) (Entered: 04/19/2018) |
| 05/02/2018 | 58 | NOTICE of Service of Discovery filed by Robert Reish. (Cass, Paul) (Entered: 05/02/2018) |
| 05/02/2018 | 59 | NOTICE of Service of Discovery filed by Robert Reish. (Cass, Paul) (Entered: 05/02/2018) |
| 06/05/2018 | 60 | NOTICE of Service of Discovery filed by Syntelco Limited. (Aaron, Steven) (Entered: 06/05/2018) |
| 06/09/2018 | 61 | * NOTICE of Service of Discovery RE: Documents Produced to AMOD by mail on 6/8/18 by Defendant Robert Reish. (Horner, H) * Modified to correct event; attorney noticed on 6/11/2018 (LAD). (Entered: 06/09/2018) |
| 06/29/2018 |  | Remark: Pro hac vice motion granted for Jacqueline Whipple on behalf of plaintiff. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 06/29/2018) |
| 07/09/2018 | 62 | *AMENDED by Doc. 68 -- ORDER granting in part 43 Motion to Dismiss Counts/Claims as to the following: Reish's fraud claims pertaining to helicopters other than the 41FF (see Doc. 23 , 1-108) is dismissed without prejudice as inappropriate for impleader under Rule 14(a); Reish's contribution claim (id., 115-18) is dismissed without prejudice because, as currently plead, the claim necessarily fails. All remaining claims in the TPC (Doc. 23 ), the Cannons' Motion to Dismiss (Doc. 43 ) is denied. Signed by Magistrate Judge John Z Boyle on 7/9/18. (DXD) Modified on 8/14/2018 (KAS). (Entered: 07/09/2018) |
| 07/12/2018 | 63 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Telephonic Discovery Dispute Hearing held on 7/12/2018. Order to follow.<br><br>APPEARANCES: Telephonic appearance by Attorneys: Michael J Sullivan and Jacqueline Michelle Whipple on behalf of Plaintiff Syntelco Limited. Telephonic appearance by Attorneys: H Lee Horner, Jr. and Paul L Cass on behalf of Defendant/Third Party Plaintiff Robert Reish. Telephonic appearance by Attorney: Scott H Zwillinger on behalf of Third Party Defendants Tina M Cannon and Darin Cannon. (Recorded by COURTSMART.) Hearing held 9:47 AM to 10:11 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) (Entered: 07/12/2018) |
| 07/12/2018 | 64 | ORDER - Plaintiff may obtain discovery from Defendant Reish as to any financial transaction of $500,000 or more, including real estate transactions, Defendant Reish took part in between 1/1/2014 and 1/1/2016. Plaintiff may obtain discovery regarding the $2.1M paid by Plaintiff to Defendant Reish under the Agreement at issue in this action. Plaintiff shall have leeway to obtain discovery regarding Defendant Reish's management of these funds, including where they have been moved, and where they currently are possessed. Defendant Reish shall disclose to Plaintiff the relevant documents as to each transaction described above within 14 days of this order. Signed by Magistrate Judge John Z Boyle on 7/12/18. (DXD) (Entered: 07/12/2018) |
| 07/23/2018 | 65 | Third MOTION for Extension of Time to File Response/Reply *Pleading* by Darin Cannon, Tina M Cannon. (Attachments: # 1 Text of Proposed Order)(Surdakowski, Jeffrey) (Entered: 07/23/2018) |
| 07/25/2018 | 66 | ANSWER to 23 Answer to Amended Complaint, Third Party Complaint with Jury Demand by Darin Cannon, Tina M Cannon.(Surdakowski, Jeffrey) (Entered: 07/25/2018) |

| Date | Doc # | Description |
|---|---|---|
| 07/26/2018 | 67 | ORDER granting 65 Motion for Extension of Time to File Response/Reply. The Court will consider Third-party Defendants Response to Defendant/Third-party Plaintiff Robert Reish's Answer to Second Amended Complaint and Third-Party Complaint Against Darin & Tina Cannon at Doc. 66 as timely filed. Signed by Magistrate Judge John Z Boyle on 07/26/2018. (KAS) (Entered: 07/26/2018) |
| 08/14/2018 | 68 | AMENDED ORDER - The Cannon's Motion to Dismiss (doc. 43 ) is granted as to the following claims: Reish's fraud claims pertaining to helicopters other than the 41FF (see doc. 23 ) are dismissed without prejudice as inappropriate for impleader under Rule 14(a). Reish's contribution claim is dismissed without prejudice because, as currently plead, the claim necessarily fails. As to all remaining claims in the TPC (doc. 23 ), the Cannons' Motion to Dismiss (doc. 43 ) is denied. The Cannons' Motion for Attorneys' fees (doc. 43 ) is denied. Signed by Magistrate Judge John Z Boyle on 08/14/2018. (KAS) (Entered: 08/14/2018) |
| 08/23/2018 | 69 | MOTION for Summary Judgment by Darin Cannon, Tina M Cannon. (Zwillinger, Scott) (Entered: 08/23/2018) |
| 08/23/2018 | 70 | STATEMENT OF FACTS re: 69 MOTION for Summary Judgment by Third Party Defendants Darin Cannon, Tina M Cannon. (Zwillinger, Scott) (Entered: 08/23/2018) |
| 09/07/2018 | 71 | REPORT of Settlement Talks/Discussions by Syntelco Limited. (Aaron, Steven) (Entered: 09/07/2018) |
| 09/22/2018 | 72 | RESPONSE to Motion re: 69 MOTION for Summary Judgment *of Tina and Darrin Cannon, Third Party Defendants* filed by Robert Reish. (Horner, H) (Entered: 09/22/2018) |
| 09/22/2018 | 73 | *STATEMENT OF FACTS re: 72 Response to Motion for Summary Judgment, 70 Statement of Facts *and Opposing Facts* by ThirdParty Plaintiff Robert Reish. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Horner, H) *Modified on 9/24/2018 to add document linkage to Doc. 70 (ATD). (Entered: 09/22/2018) |
| 09/22/2018 | 74 | DECLARATION of L. Horner re: Certificate of Service of Chambers Copy of S.J. Opposition re: 73 Statement of Facts, 72 Response to Motion for Summary Judgment . filed by Robert Reish. (Horner, H) (Entered: 09/22/2018) |
| 10/03/2018 | 75 | *NOTICE of Attorney Substitution by Shaun Thomas Kuter terminating Jeffrey Sinclair Surdakowski. (Zwillinger, Scott) *Modified on 10/4/2018 to correct event (GMP). (Entered: 10/03/2018) |
| 10/08/2018 | 76 | *REPLY to Response to Motion re: 69 Motion for Summary Judgment by Darin Cannon, Tina M Cannon. (Zwillinger, Scott) *Modified on 10/9/2018 to correct event an document linkage (GMP). (Entered: 10/08/2018) |
| 10/08/2018 | 77 | SUPPLEMENT Supplemental Statement of Facts in Support of Third Party Defendants' Reply to Third Party Plaintiff's Response to Third Party Defendants' Motion for Summary Judgment re: 76 Reply by Third Party Defendants Darin Cannon, Tina M Cannon. (Zwillinger, Scott) (Entered: 10/08/2018) |
| 10/19/2018 | 78 | MOTION for Summary Judgment by Syntelco Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (Aaron, Steven) (Entered: 10/19/2018) |
| 10/19/2018 | 79 | STATEMENT OF FACTS re: 78 MOTION for Summary Judgment by Plaintiff Syntelco Limited. (Aaron, Steven) (Entered: 10/19/2018) |
| 03/19/2019 | 80 | ORDER - IT IS ORDERED that the Cannon's Motion for Summary Judgment (doc. 69 ) is |

| | | |
|---|---|---|
| | | denied. (See document for complete details). Signed by Magistrate Judge John Z Boyle on 3/19/19. (SLQ) (Entered: 03/19/2019) |
| 06/04/2019 | 81 | ORDER: Plaintiff AMOD's 78 Motion for Summary Judgment against Defendant Reish is granted. The Clerk is to enter judgment in favor of AMOD and against Defendant Reish as to AMOD's Breach of Contract Claim in Count One of the SAC. AMOD is awarded $2.1 million in damages to be paid by Defendant Reish. On or before June 21, 2019, AMOD may submit a motion seeking reasonable attorneys' fees and costs accrued in this action from Defendant Reish pursuant to Ariz. Rev. Stat. § 12-341.01(A) ("In any contested action arising out of a contract, express or implied, the court may award the successful party reasonable attorney fees."). Signed by Magistrate Judge John Z Boyle on 5/31/19. (GMP) (Entered: 06/04/2019) |
| 06/04/2019 | 82 | CLERK'S JUDGMENT - IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed June 4, 2019, which granted the Motion for Summary Judgment, judgment is entered in favor of plaintiffs and against defendant. AMOD is awarded $2.1 million in damages to be paid by Defendant Reish. (GMP) (Entered: 06/04/2019) |
| 06/11/2019 | 83 | MOTION to Vacate 82 Clerks Judgment, 79 Statement of Facts, 81 Order on Motion for Summary Judgment by Robert Reish. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Horner, H) (Entered: 06/11/2019) |
| 06/17/2019 | 84 | RESPONSE in Opposition re: 83 MOTION to Vacate 82 Clerks Judgment, 79 Statement of Facts, 81 Order on Motion for Summary Judgment *(Plaintiff's Opposition to Defendant's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b))* filed by Syntelco Limited. (Aaron, Steven) (Entered: 06/17/2019) |
| 06/19/2019 | 85 | REPLY to Response to Motion re: 83 MOTION to Vacate 82 Clerks Judgment, 79 Statement of Facts, 81 Order on Motion for Summary Judgment filed by Robert Reish. (Horner, H) (Entered: 06/19/2019) |
| 06/21/2019 | 86 | MOTION for Attorney Fees *and Costs Accrued in this Action Pursuant to Ariz. Rev.Stat. § 12-341.01(A).* by Syntelco Limited. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A - MJS Declaration, # 3 Exhibit B - Steve Aaron Declaration)(Aaron, Steven) (Entered: 06/21/2019) |
| 06/21/2019 | 87 | STATEMENT of Consultation by Plaintiff Syntelco Limited. (Aaron, Steven) (Entered: 06/21/2019) |
| 06/21/2019 | 88 | STATEMENT of Plaintiff's Fee Agreement Statement Pursuant to Local Rule 54.2(d)(2) by Plaintiff Syntelco Limited. (Aaron, Steven) (Entered: 06/21/2019) |
| 07/02/2019 | 89 | ORDER denying Defendant Reish's 83 Motion to Vacate. See document for complete details. Signed by Magistrate Judge John Z Boyle on 7/2/19. (MSA) (Entered: 07/02/2019) |
| 07/10/2019 | 90 | NOTICE OF APPEAL to 9th Circuit Court of Appeals re: 89 Order, 82 Clerks Judgment, 81 Order by Robert Reish. Filing fee received: $505.00, receipt number 0970-17146824. (Horner, H) *Modified linkage on 7/11/2019 (DXD). (Entered: 07/10/2019) |
| 07/11/2019 | 91 | USCA Case Number re: 90 Notice of Appeal. Case number 19-16371, Ninth Circuit. (DXD) (Entered: 07/11/2019) |
| 07/17/2019 | 92 | MOTION for Extension of Time to File Response/Reply as to 86 MOTION for Attorney Fees *and Costs Accrued in this Action Pursuant to Ariz. Rev.Stat. § 12-341.01(A). upon Stipulation of the Parties* by Robert Reish. (Attachments: # 1 Exhibit Proposed order) (Horner, H) (Entered: 07/17/2019) |
| 07/17/2019 | 93 | RESPONSE to Motion re: 86 MOTION for Attorney Fees *and Costs Accrued in this Action Pursuant to Ariz. Rev.Stat. § 12-341.01(A).*, 92 MOTION for Extension of Time to |

| | | |
|---|---|---|
| | | File Response/Reply as to 86 MOTION for Attorney Fees *and Costs Accrued in this Action Pursuant to Ariz. Rev.Stat. § 12-341.01(A). upon Stipulation of the Parties* filed by Robert Reish. (Attachments: # 1 Exhibit Proposed order)(Horner, H) (Entered: 07/17/2019) |
| 07/18/2019 | 94 | DESIGNATION OF RECORD ON APPEAL by Robert Reish re: 90 Notice of Appeal. (Horner, H) (Entered: 07/18/2019) |
| 07/26/2019 | 95 | ORDER: Granting 92 Motion for Extension of Time to File Response/Reply. Signed by Magistrate Judge John Z Boyle on 7/26/19. (GMP) (Entered: 07/26/2019) |
| 08/08/2019 | 96 | ORDER - Final Pretrial Conference set for 9/30/2019 at 10:30 AM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge John Z Boyle. The parties jointly must prepare a Proposed Final Pretrial Order and must lodge it with the Court no later than 4:00 p.m. on September 10, 2019. See document for complete details. Signed by Magistrate Judge John Z Boyle on 8/8/19. (MSA) (Entered: 08/08/2019) |
| 08/30/2019 | 97 | Joint MOTION to Consolidate Cases , Joint MOTION to Transfer Related Case by Robert Reish, Kathleen Reish, Robert Reish, Ryuko Incorporated. (Attachments: # 1 Text of Proposed Order Proposed order) (Associated Cases: 2:18-cv-4960, 2:17-cv-598) (Horner, H) (Entered: 08/30/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/10/2019 12:06:14 | | | |
| **PACER Login:** | crosslaw:3901228:0 | **Client Code:** | PHPLT |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-00598-JZB Start date: 1/1/2017 End date: 9/10/2019 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |