SO ORDERED.

Dated: September 26, 2019

Daniel P. Collins, Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PHOENIX HELIPARTS, INC.,<br><br>Debtor.<br><br>Now Substantively Consolidated with PHOENIX HELI SUPPORT, L.L.C. | Chapter 11 Proceedings<br><br>Case No. 2:15-bk-12003-DPC<br><br>**ORDER APPROVING STIPULATION TO SELL PROPERTY STORED BY THE LIQUIDATION TRUST**<br><br>**(Re: MD Helicopter Model 369FF with the Serial Number 0041FF)** |

This matter having come before this Court pursuant to the Stipulation to Sell Property of the Liquidation Trust (the "Stipulation") filed by Louie Mukai, Liquidation Trustee for the Phoenix Heliparts, Inc. Liquidation Trust ("Trustee") and Syntelco, Limited and the Azerbaijan Ministry of Defense ("AMOD"), requesting authority to sell property held in storage by the Liquidation Trust identified as MD Helicopter Model 369FF with Serial Number 0041FF (the "Property"), and having considered the Stipulation and the Objection to Proposed Sale Procedure for 0041FF Helicopter filed by Robert and Kathleen Reish and Ryuko, Inc. (the "Reish Objection") at a hearing held on September 25, 2019, and the entire record before this Court,

**IT IS HEREBY ORDERED** overruling the Reish Objection for the reasons stated on the record in open court held on September 25, 2019.

**IT IS FURTHER ORDERED:**

A. Authorizing the Trustee to sell MD Helicopter Model 369FF with Serial Number 0041FF, with the Trustee and AMOD each expressly reserving all rights and releasing no claims or defenses relating to the Property;

B. Authorizing the Trustee to hold the proceeds from such sale of the Property pending further order of this Court or written agreement of the Parties; and

C. Authorizing counsel for AMOD to execute any and all documents necessary to covey FAA title to the Property upon its sale.

**ORDERED, DATED AND SIGNED AS SHOWN ABOVE.**