# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CASE NO.   2:15-bk-12003-DPC |
| | ) | |
| PHOENIX HELIPARTS | ) | CH. 11 POST CONFIRMATION REPORT |
| LIQUIDATION TRUST | ) | |
| | ) |   X   QUARTERLY   ____ FINAL |
| | ) | (PLEASE CHECK) |
| | ) | QUARTER ENDING:  12/31/2019 |
| | ) | |
|              Debtor(s)            | ) | DATE PLAN CONFIRMED: 05/31/2016 |

**SUMMARY OF DISBURSEMENTS:**

A. Disbursements made under the plan, for current quarter:       $   90,010.49

B. Disbursements not under the plan, for current quarter:        $        0.00

                                  Total Disbursements       $   90,010.49

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

   <u>I believe that I will be able to comply with all terms of the plan.</u>

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   <u>Second Reish appeal resulted in another remand to bankruptcy court. However,</u>

   <u>Trustee is considering seeking entry of final decree.</u>

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

   <u>Mr. Reish and Ryuko appealed the $2,150,000 judgment entered against them. The District Court found in favor of the Liquidation Trust on all issues but remanded to bankruptcy court for further support regarding value of helicopter 41FF at time of its transfer in late 2015. Parties are currently seeking guidance from Judge Collins as to whether discovery should be re-opened and yet another evidentiary hearing conducted regarding value of 41FF as of October, 2015. Hearing on this issue regarding remand is set for February 18, 2020.</u>

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ 8,149.50 | $ 184,497.17 | $ 1,067.50 |
| 2. Fee for Attorney for Trustee | $ 73,918.80 | $ 773,407.87 | $ 3,300.00 |
| 3. Fee for Attorney for Debtor | $ 0.00 | $ 0.00 | $ 0.00 |
| 4. Other Professionals | $ 7,942.19 | $ 279,457.06 | $ 151,379.86 |
| 5. All Expenses, Including Disbursing Agent's | $ 90,010.49 | $ 1,237,362.10 | $ 155,747.36 |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ | $ | $ |
| 7. Priority Creditors | $ 0.00 | $ 123,242.06 | $ 0.00 |
| 8. Unsecured Creditors | $ | $ | $ |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $ 90,010.49 | $1,360,604.16[i] | $ 155,747.36[ii] |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan    TBD    %


## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

|  | Description of Property |
|---|---|
| Secured Creditors | N/A |
| Priority Creditors | N/A |
| Unsecured Creditors | N/A |
| Equity Security Holders | N/A |

Other Transfers- Specify class of Transferee

Aircraft Sale - 10/02/2017    Serial No. 270082D; Sales Price: $253,130.00

Purchaser:    Precision Heli-Support, LLC

---

[ii] See Exhibit B.
[iii] See Exhibit C.

If this is a final report, has an application for Final Decree been submitted?

_____ Yes   Date application was submitted?

\_\_X\_\_\_ No   Date when application will be submitted

**Estimated Date of Final Payment Under Plan** \_\_\_\_\_ Upon resolution of Reish litigation.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _/s/ Louie A. Mukai_   DATE: January 23, 2020
Louie A. Mukai, Liquidation Trustee

# EXHIBIT A

1. Disbursing Agent Compensation

| | | |
|---|---|---|
| Mukai, Greenlee & Company, PC-Trustee | $ | 8,149.50 |
| | $ | 8,149.50 |

2. Fee for Attorney for Trustee

| | | |
|---|---|---|
| Cross Law Firm, PLC | | $69,298.80 |
| Osborn Maledon P.A | $ | 4,620.00 |
| | $ | 73,918.80 |

3. Fee for Attorney for Debtor

| | |
|---|---|
| $ | - |

4. Other Professionals

| | | |
|---|---|---|
| Mukai, Greenlee & Company, PC-Accounting | $ | 5,354.65 |
| Controller Magazine Ad | $ | 380.00 |
| Cube Smart | $ | 1,557.54 |
| Office of the US Trustee | $ | 650.00 |
| | $ | 7,942.19 |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---|---|
| Above Total ( #1-4) | $ | 90,010.49 |

7. Priority Creditors

| | |
|---|---|
| $ | - |
| $ | - |

| | | |
|---|---|---|
| Total for all categories: | $ | 90,010.49 |

**EXHIBIT B**

1. Disbursing Agent Compensation

| | | |
|---|---|---|
| *Amount Per 9/30/2019 Quarterly Report Filed* | $ | 176,347.67 |
| Mukai, Greenlee & Company, PC-Trustee | $ | 8,149.50 |
| | $ | 184,497.17 |

2. Fee for Attorney for Trustee

| | | |
|---|---|---|
| *Amount Per 9/30/2019 Quarterly Report Filed* | $ | 699,489.07 |
| Cross Law Firm, PLC | $ | 69,298.80 |
| Osborn Maledon P.A | $ | 4,620.00 |
| | $ | 773,407.87 |

3. Fee for Attorney for Debtor

| | | |
|---|---|---|
| *Amount Per 09/30/2019 Quarterly Report Filed* | $ | - |
| | $ | - |

4. Other Professionals

| | | |
|---|---|---|
| *Amount Per 9/30/2019 Quarterly Report Filed* | $ | 161,075.75 |
| Mukai, Greenlee & Company, PC-Accounting | $ | 5,354.65 |
| | $ | 166,430.40 |
| | | |
| Previous YTD Expenses | $ | 110,439.12 |
| Cube Smart | $ | 1,557.54 |
| Office of the US Trustee | $ | 650.00 |
| Controller Magazine Ad | $ | 380.00 |
| | $ | 113,026.66 |
| | | |
| | $ | 279,457.06 |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---|---|
| *Amount Per 9/30/2019 Quarterly Report Filed* | $ | 1,147,351.61 |
| Current Quarter Above Total ( #1-4) | $ | 90,010.49 |
| | $ | 1,237,362.10 |

7. Priority Creditors

| | | |
|---|---|---|
| *Amount Per 9/30/2019 Quarterly Report Filed* | $ | 123,242.06 |
| | $ | 123,242.06 |

| | | |
|---|---|---|
| Total for all categories: | $ | 1,360,604.16 |

# EXHIBIT C

1. Disbursing Agent Compensation

| | | |
|---|---|---|
| Mukai, Greenlee & Company, PC-Trustee | $ | 1,067.50 |
| | $ | 1,067.50 |

2. Fee for Attorney for Trustee

| | | |
|---|---|---|
| Cross Law Firm, PLC | $ | - |
| Osborn Maledon | $ | 3,300.00 |
| | $ | 3,300.00 |

3. Fee for Attorney for Debtor

| | | |
|---|---|---|
| | $ | - |

4. Other Professionals

| | | |
|---|---|---|
| Mukai, Greenlee & Company, PC-Accounting | $ | 2,204.65 |
| Azerbaijan Ministry of Defense | $ | 149,175.21 <1> |
| | $ | 151,379.86 |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---|---|
| Above Total ( #1-4) | $ | 155,747.36 |
| | $ | 155,747.36 |
| Total for all categories: | $ | 155,747.36 |

<1> See Exhibit D.

**EXHIBIT D**

Savings Bank Account

| | | |
|---|---:|---|
| Azerbaijan Ministry of Defense (AMOD) | 149,175.21 | <1> |
| Interest Earned 2016 | 86.09 | |
| Interest Earned 2017 | 123.58 | |
| Interest Earned 2018 | 177.27 | |
| Interest Earned 2019 | 228.38 | |
| Balance 12/31/2019 | 149,790.53 | |

<1> Amount represents monies received from Azerbaijan Ministry of Defense. Amount is currently in dispute and potentially owed.

| | |
|---|---:|
| AMOD Amount Per 9/30/2019 Quarterly Report Filed | 150,343.38 |
| Nov- Jan 2020 Rent Adjustments | (1,168.17) |
| | 149,175.21 |

# EXHIBIT E

**2017 Collections:**

| Date | Description | Amount |
|---|---|---|
| 1/9/2017 | Precision Heli-Support, LLC (Parts Sale) | $ 3,000.00 |
| 2/24/2017 | ROK DAPA (Receivables) | $ 9,340.00 |
| 8/29/2017 | Heli-Skills Limited Settlement (1st Half) | $ 31,854.93 |
| 9/29/2017 | Heli-Skills Limited Settlement (2nd Half) | $ 36,463.82 |
| 10/2/2017 | Precision Heli-Support, LLC (Aircraft Sale) | $ 253,130.00 |
| 11/7/2017 | Dickstein Shapiro Settlement | $ 275,000.00 |
| | | $ 608,788.75 |

**2018 Collections:**

| Date | Description | Amount |
|---|---|---|
| 1/3/2018 | ROK DAPA (Performance Bonds) | $ 324,905.03 |
| 1/11/2018 | ROK DAPA (Receivables) | $ 205,108.17 |
| 2/12/2018 | ROK DAPA (Performance Bonds) | $ 57,151.57 |
| 2/14/2018 | ROK DAPA (Performance Bonds) | $ 52,881.10 |
| | | $ 640,045.87 |

**2019 Collections:**

| Date | Description | Amount |
|---|---|---|
| 1/31/2019 | Sale of Miscellaneous Helicopter Parts Sale | $ 14,500.00 |
| 2/8/2019 | Court Order Awarding Attorney's Fees | $ 26,542.50 |
| 5/29/2019 | Fixed Wing Aircraft Sale | $ 24,900.00 |
| 6/10/2019 | Insurance Refund | $ 45.00 |
| | | $ 65,987.50 |

**Checking Bank Account**      Balance 12/31/2019   $ 733,816.73