## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. __2:15-bk-12003-DPC__
)
PHOENIX HELIPARTS ) CH. 11 POST CONFIRMATION REPORT
LIQUIDATION TRUST )
) __X__ QUARTERLY ____ FINAL
) (PLEASE CHECK)
) QUARTER ENDING: __03/31/2020__
)
_____Debtor(s)_____) DATE PLAN CONFIRMED: __05/31/2016__

**SUMMARY OF DISBURSEMENTS:**

A. Disbursements made under the plan, for current quarter:    $ __60,395.51__

B. Disbursements not under the plan, for current quarter:    $ __0.00__

                    Total Disbursements    $ __60,395.51__

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

    __I believe that I will be able to comply with all terms of the plan.__

2. Please describe any factors which may materially affect your ability to obtain a final decree.

    __Pending Reish appeal prevents distribution until it is resolved. However, Trustee is still considering seeking entry of final decree.__

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

    __In 2019, Mr. Reish and Ryuko appealed the $2,150,000 judgment entered against them. District Court Judge Rayes ruled in favor of the PHP Liquidation Trust on all issues on appeal except for damages. The Liquidation Trust sought a rehearing on the issue of damages, but the motion for rehearing was denied.__

**Upon remand to bankruptcy court, the Reish parties filed a motion to re-open discovery and obtain expert evidence on value. The Liquidation Trust opposed that motion and requested that the bankruptcy court simply provide further explanation on its damages ruling, which is what the bankruptcy court chose to do by entering its order on remand dated March 11, 2020.**

**The Reish parties appealed that order and that appeal is once again pending before Judge Rayes. No briefing schedule has been set.**

**In addition to the appeal, the Reish parties filed a Motion to Withdraw Reference, seeking to have the trial on damages held before Judge Rayes.**

**The Liquidation Trust opposed this motion as untimely and as a collateral attack on the Order on Remand currently on appeal. Judge Rayes denied the motion and has allowed the Liquidation Trust the opportunity to seek an award of fees in opposing the withdrawal motion. That application is due to be filed before April 23rd.**

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE A PAPER COPY WITH U.S. TRUSTEE'S OFFICE

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ 7,558.50 | $ 192,055.67 | $ 2,418.00 |
| 2. Fee for Attorney for Trustee | $ 39,378.30 | $ 812,786.17 | $ 55.00 |
| 3. Fee for Attorney for Debtor | $ 0.00 | $ 0.00 | $ 0.00 |
| 4. Other Professionals | $ 13,458.71 | $ 292,915.77 | $ 149,939.31 |
| 5. All Expenses, Including Disbursing Agent's | $ 60,395.51 | $ 1,297,755.61 | $ 152,412.31 |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ | $ | $ |
| 7. Priority Creditors | $ 0.00 | $ 123,242.06 | $ 0.00 |
| 8. Unsecured Creditors | $ | $ | $ |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $ 60,395.51 | $1,420,997.67[i] | $ 152,412.31[ii] |

(Report Sum of Lines 1 - 10, *current quarter column,* on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan     TBD    %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

                                                **Description of Property**

**Secured Creditors**          N/A

**Priority Creditors**           N/A

**Unsecured Creditors**       N/A

**Equity Security Holders**   N/A

**Other Transfers- Specify class of Transferee**

Aircraft Sale - 10/02/2017    Serial No. 270082D; Sales Price: $253,130. 00

**Purchaser:**              Precision Heli-Support, LLC

---

[ii] See Exhibit B.
[iii] See Exhibit C.

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

_____ Yes   Date application was submitted?

  X   No   Date when application will be submitted

Estimated Date of Final Payment Under Plan    Upon Resolution of Reish Appeal

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

SIGNED:   */s/ Louie A. Mukai*    DATE: April 21, 2020
              Louie A. Mukai, Liquidation Trustee

# EXHIBIT A

1. Disbursing Agent Compensation

| | | |
|---|---|---:|
| Mukai, Greenlee & Company, PC-Trustee | $ | 7,558.50 |
| | $ | 7,558.50 |

2. Fee for Attorney for Trustee

| | | |
|---|---|---:|
| Cross Law Firm, PLC | | $35,803.30 |
| Osborn Maledon P.A | $ | 3,575.00 |
| | $ | 39,378.30 |

3. Fee for Attorney for Debtor

| | | |
|---|---|---:|
| | $ | - |

4. Other Professionals

| | | |
|---|---|---:|
| Mukai, Greenlee & Company, PC-Accounting | $ | 9,003.17 |
| OneBeacon Insurance | $ | 1,921.00 |
| BOK Financial | $ | 2.00 |
| Cube Smart | $ | 1,557.54 |
| Office of the US Trustee | $ | 975.00 |
| | $ | 13,458.71 |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---|---:|
| Above Total ( #1-4) | $ | 60,395.51 |

7. Priority Creditors

| | | |
|---|---|---:|
| | $ | - |
| | $ | - |

| | | |
|---|---|---:|
| Total for all categories: | $ | 60,395.51 |

**EXHIBIT B**

1. Disbursing Agent Compensation

| | | |
|---|---|---|
| *Amount Per 12/31/2019 Quarterly Report Filed* | $ | 184,497.17 |
| Mukai, Greenlee & Company, PC-Trustee | $ | 7,558.50 |
| | $ | 192,055.67 |

2. Fee for Attorney for Trustee

| | | |
|---|---|---|
| *Amount Per 12/31/2019 Quarterly Report Filed* | $ | 773,407.87 |
| Cross Law Firm, PLC | $ | 35,803.30 |
| Osborn Maledon P.A | $ | 3,575.00 |
| | $ | 812,786.17 |

3. Fee for Attorney for Debtor

| | | |
|---|---|---|
| *Amount Per 12/31/2019 Quarterly Report Filed* | $ | - |
| | $ | - |

4. Other Professionals

| | | |
|---|---|---|
| *Amount Per 12/31/2019 Quarterly Report Filed* | $ | 166,430.40 |
| Mukai, Greenlee & Company, PC-Accounting | $ | 9,003.17 |
| | $ | 175,433.57 |
| | | |
| Previous YTD Expenses | $ | 113,026.66 |
| Cube Smart | $ | 1,557.54 |
| Office of the US Trustee | $ | 975.00 |
| BOK Financial | $ | 2.00 |
| One Beacon Insurance | $ | 1,921.00 |
| | $ | 117,482.20 |
| | | |
| | $ | 292,915.77 |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---|---|
| *Amount Per 12/31/2019 Quarterly Report Filed* | $ | 1,237,362.10 |
| Current Quarter Above Total ( #1-4) | $ | 60,393.51 |
| | $ | 1,297,755.61 |

7. Priority Creditors

| | | |
|---|---|---|
| *Amount Per 12/31/2019 Quarterly Report Filed* | $ | 123,242.06 |
| | $ | 123,242.06 |

| | | |
|---|---|---|
| Total for all categories: | $ | 1,420,997.67 |

**EXHIBIT C**

1. Disbursing Agent Compensation

| | |
|---|---|
| Mukai, Greenlee & Company, PC-Trustee | $ 2,418.00 |
| | $ 2,418.00 |

2. Fee for Attorney for Trustee

| | |
|---|---|
| Cross Law Firm, PLC | $ - |
| Osborn Maledon | $ 55.00 |
| | $ 55.00 |

3. Fee for Attorney for Debtor

| | |
|---|---|
| | $ - |

4. Other Professionals

| | |
|---|---|
| Mukai, Greenlee & Company, PC-Accounting | $ 764.10 |
| Azerbaijan Ministry of Defense | $ 149,175.21 <1> |
| | $ 149,939.31 |

5. All Expenses, Including Disbursing Agent's

| | |
|---|---|
| Above Total ( #1-4) | $ 152,412.31 |
| | $ 152,412.31 |
| Total for all categories: | $ 152,412.31 |

<1> See Exhibit D.

**EXHIBIT D**

Savings Bank Account

| | | |
|---|---:|---|
| Azerbaijan Ministry of Defense (AMOD) | 149,175.21 | <1> |
| Interest Earned 2016 | 86.09 | |
| Interest Earned 2017 | 123.58 | |
| Interest Earned 2018 | 177.27 | |
| Interest Earned 2019 | 228.38 | |
| Interest Earned 2020 | 55.82 | |
| Balance 3/31/2020 | 149,846.35 | |

<1> Amount represents monies received from Azerbaijan Ministry of Defense. Amount is currently in dispute and potentially owed.

| | |
|---|---:|
| AMOD Amount Per 12/31/2019 Quarterly Report Filed | 149,175.21 |
| Feb- April 2020 Rent Adjustments | (1,168.17) |
| Insurance Adjustment | (1,440.75) |
| | 146,566.29 |

# EXHIBIT E

**2017 Collections:**

| | | | |
|---|---|---|---:|
| 1/9/2017 | Precision Heli-Support, LLC (Parts Sale) | $ | 3,000.00 |
| 2/24/2017 | ROK DAPA (Receivables) | $ | 9,340.00 |
| 8/29/2017 | Heli-Skills Limited Settlement (1st Half) | $ | 31,854.93 |
| 9/29/2017 | Heli-Skills Limited Settlement (2nd Half) | $ | 36,463.82 |
| 10/2/2017 | Precision Heli-Support, LLC (Aircraft Sale) | $ | 253,130.00 |
| 11/7/2017 | Dickstein Shapiro Settlement | $ | 275,000.00 |
| | | $ | 608,788.75 |

**2018 Collections:**

| | | | |
|---|---|---|---:|
| 1/3/2018 | ROK DAPA (Performance Bonds) | $ | 324,905.03 |
| 1/11/2018 | ROK DAPA (Receivables) | $ | 205,108.17 |
| 2/12/2018 | ROK DAPA (Performance Bonds) | $ | 57,151.57 |
| 2/14/2018 | ROK DAPA (Performance Bonds) | $ | 52,881.10 |
| | | $ | 640,045.87 |

**2019 Collections:**

| | | | |
|---|---|---|---:|
| 1/31/2019 | Sale of Miscellaneous Helicopter Parts Sale | $ | 14,500.00 |
| 2/8/2019 | Court Order Awarding Attorney's Fees | $ | 26,542.50 |
| 5/29/2019 | Fixed Wing Aircraft Sale | $ | 24,900.00 |
| 6/10/2019 | Insurance Refund | $ | 45.00 |
| | | $ | 65,987.50 |

**2020 Collections:**

Checking Bank Account      Balance 3/31/2020   $   676,032.14