**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | CASE NO.    2:15-bk-12003-DPC |
| | ) | |
| PHOENIX HELIPARTS | ) | CH. 11 POST CONFIRMATION REPORT |
| LIQUIDATION TRUST | ) | |
| | ) |   X   QUARTERLY  ____ FINAL |
| | ) | (PLEASE CHECK) |
| | ) | QUARTER ENDING:    06/30/2020 |
| | ) | |
|         Debtor(s)         | ) | DATE PLAN CONFIRMED: 05/31/2016 |

**SUMMARY OF DISBURSEMENTS:**

A. Disbursements made under the plan, for current quarter:     $    30,771.64

B. Disbursements not under the plan, for current quarter:      $           0.00

                                    Total Disbursements      $    30,771.64

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

**PLEASE ANSWER THE FOLLOWING:**

1. What are your projections as to your ability to comply with the terms of the plan?

   **I believe that I will be able to comply with all terms of the plan.**

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   **Pending Reish appeal prevents distribution until it is resolved. However, Trustee is considering seeking entry of final decree if the Liquidation Trust prevails in currently pending appeal.**

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

   **Mr. Reish and Ryuko appealed the $2,150,000 judgment entered against them. There was a remand to the bankruptcy court. The bankruptcy court made detailed findings based upon the record to support its ruling. Reish has again appealed that ruling back to District Court Judge Rayes. Reish has a Reply Brief due in that appeal due on August 4, 2020 at which time the appeal shall be fully briefed and we will await a decision from the District Court.**

**We believe Mr. Reish will appeal any adverse decision to the 9th Circuit, which could cause further delay. This is the last matter preventing a distribution.**

**Furthermore, the Azerbaijani Ministry of Defense ("AMOD") holds FAA title to helicopter 0041FF which the Liquidation Trust has been storing along with debtor's business records. In June, 2019 AMOD obtained a judgment against Mr. and Mrs. Reish in the amount of $2,150,000 plus an award of fees. That matter if fully briefed and awaiting a decision by the 9th Circuit. The Trust has requested that both parties agree to allow the Trustee to sell the helicopter and hold the proceeds pending further court order. The Trustee intends to soon file a motion to allow him to destroy the remaining paper business records and at that time shall cease to continue paying insurance and storage for helicopter 0041FF.**

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE A PAPER COPY WITH U.S. TRUSTEE'S OFFICE

**SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:**

|  | **Current Quarter** | **Paid to Date** | **Balance Due** |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ 7,595.00 | $ 199,650.67 | $ 1,798.00 |
| 2. Fee for Attorney for Trustee | $ 17,567.50 | $ 830,353.67 | $ 0.00 |
| 3. Fee for Attorney for Debtor | $ 0.00 | $ 0.00 | $ 0.00 |
| 4. Other Professionals | $ 5,609.14 | $ 298,524.91 | $ 146,741.62 |
| 5. All Expenses, Including Disbursing Agent's | $ 30,771.64 | $ 1,328,529.25 | $ 148,539.62 |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ | $ | $ |
| 7. Priority Creditors | $ 0.00 | $ 123,242.06 | $ 0.00 |
| 8. Unsecured Creditors | $ | $ | $ |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $ 60,395.51 | $1,451,771.31[i] | $ 148,539.62[ii] |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan    TBD   %

**SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:**

                                                **Description of Property**

**Secured Creditors**          N/A

**Priority Creditors**           N/A

**Unsecured Creditors**        N/A

**Equity Security Holders**    N/A

**Other Transfers- Specify class of Transferee**

**Aircraft Sale - 10/02/2017**    **Serial No. 270082D; Sales Price: $253,130. 00**

**Purchaser:**    **Precision Heli-Support, LLC**

---

ii See Exhibit B.
iii See Exhibit C.

**CONSUMMATION OF PLAN:**

If this is a final report, has an application for Final Decree been submitted?

\_\_\_\_\_ Yes    Date application was submitted?

  X   No    Date when application will be submitted

Estimated Date of Final Payment Under Plan    **Upon Resolution of Reish Appeal**

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _[signature]_    DATE: July 27, 2020
Louie A. Mukai, Liquidation Trustee

**EXHIBIT A**

1. Disbursing Agent Compensation

| | |
|---|---:|
| Mukai, Greenlee & Company, PC-Trustee | $ 7,595.00 |
| | $ 7,595.00 |

2. Fee for Attorney for Trustee

| | |
|---|---:|
| Cross Law Firm, PLC | $17,512.50 |
| Osborn Maledon P.A | $ 55.00 |
| | $ 17,567.50 |

3. Fee for Attorney for Debtor

| | |
|---|---:|
| | $ - |

4. Other Professionals

| | |
|---|---:|
| Mukai, Greenlee & Company, PC-Accounting | $ 3,401.60 |
| OneBeacon Insurance | $ - |
| BOK Financial | $ - |
| Cube Smart | $ 1,557.54 |
| Office of the US Trustee | $ 650.00 |
| | $ 5,609.14 |

5. All Expenses, Including Disbursing Agent's

| | |
|---|---:|
| Above Total ( #1-4) | $ 30,771.64 |

7. Priority Creditors

| | |
|---|---:|
| | $ - |
| | $ - |

| | |
|---|---:|
| Total for all categories: | $ 30,771.64 |

**EXHIBIT B**

1. Disbursing Agent Compensation

| | | |
|---|---|---|
| *Amount Per 3/31/2020 Quarterly Report Filed* | $ | 192,055.67 |
| Mukai, Greenlee & Company, PC-Trustee | $ | 7,595.00 |
| | $ | 199,650.67 |

2. Fee for Attorney for Trustee

| | | |
|---|---|---|
| *Amount Per 3/31/2020 Quarterly Report Filed* | $ | 812,786.17 |
| Cross Law Firm, PLC | $ | 17,512.50 |
| Osborn Maledon P.A | $ | 55.00 |
| | $ | 830,353.67 |

3. Fee for Attorney for Debtor

| | | |
|---|---|---|
| *Amount Per 3/31/2020 Quarterly Report Filed* | $ | - |
| | $ | - |

4. Other Professionals

| | | |
|---|---|---|
| *Amount Per 3/31/2020 Quarterly Report Filed* | $ | 175,433.57 |
| Mukai, Greenlee & Company, PC-Accounting | $ | 3,401.60 |
| | $ | 178,835.17 |
| | | |
| Previous YTD Expenses | $ | 117,482.20 |
| Cube Smart | $ | 1,557.54 |
| Office of the US Trustee | $ | 650.00 |
| BOK Financial | $ | - |
| One Beacon Insurance | $ | - |
| | $ | 119,689.74 |
| | | |
| | $ | 298,524.91 |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---|---|
| *Amount Per 3/31/2020 Quarterly Report Filed* | $ | 1,297,755.61 |
| Current Quarter Above Total ( #1-4) | $ | 30,771.64 |
| | $ | 1,328,529.25 |

7. Priority Creditors

| | | |
|---|---|---|
| *Amount Per 3/31/2020 Quarterly Report Filed* | $ | 123,242.06 |
| | $ | 123,242.06 |

| | | |
|---|---|---|
| Total for all categories: | $ | 1,451,771.31 |

# EXHIBIT C

1. Disbursing Agent Compensation

| | | |
|---|---:|---|
| Mukai, Greenlee & Company, PC-Trustee | $ 1,798.00 | |
| | $ 1,798.00 | |

2. Fee for Attorney for Trustee

| | | |
|---|---:|---|
| Cross Law Firm, PLC | $ - | |
| Osborn Maledon | $ - | |
| | $ - | |

3. Fee for Attorney for Debtor

| | | |
|---|---:|---|
| | $ - | |

4. Other Professionals

| | | |
|---|---:|---|
| Mukai, Greenlee & Company, PC-Accounting | $ 693.50 | |
| Azerbaijan Ministry of Defense | $ 145,398.12 | <1> |
| | $ 146,091.62 | |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---:|---|
| Above Total ( #1-4) | $ 147,889.62 | |
| | $ 147,889.62 | |
| Total for all categories: | $ 147,889.62 | |

<1> See Exhibit D.

**EXHIBIT D**

Savings Bank Account

| | | |
|---|---:|---|
| Azerbaijan Ministry of Defense (AMOD) | 145,398.12 | <1> |
| Interest Earned 2016 | 86.09 | |
| Interest Earned 2017 | 123.58 | |
| Interest Earned 2018 | 177.27 | |
| Interest Earned 2019 | 228.38 | |
| Interest Earned 2020 | 77.78 | |
| Balance 6/30/2020 | 146,091.22 | |

<1> Amount represents monies received from Azerbaijan Ministry of Defense. Amount is currently in dispute and potentially owed.

| | |
|---|---:|
| AMOD Amount Per 3/31/2020 Quarterly Report Filed | 146,566.29 |
| May- July2020 Rent Adjustments | (1,168.17) |
| | 145,398.12 |

# EXHIBIT E

**2017 Collections:**

| Date | Description | Amount |
|---|---|---|
| 1/9/2017 | Precision Heli-Support, LLC (Parts Sale) | $ 3,000.00 |
| 2/24/2017 | ROK DAPA (Receivables) | $ 9,340.00 |
| 8/29/2017 | Heli-Skills Limited Settlement (1st Half) | $ 31,854.93 |
| 9/29/2017 | Heli-Skills Limited Settlement (2nd Half) | $ 36,463.82 |
| 10/2/2017 | Precision Heli-Support, LLC (Aircraft Sale) | $ 253,130.00 |
| 11/7/2017 | Dickstein Shapiro Settlement | $ 275,000.00 |
| | | $ 608,788.75 |

**2018 Collections:**

| Date | Description | Amount |
|---|---|---|
| 1/3/2018 | ROK DAPA (Performance Bonds) | $ 324,905.03 |
| 1/11/2018 | ROK DAPA (Receivables) | $ 205,108.17 |
| 2/12/2018 | ROK DAPA (Performance Bonds) | $ 57,151.57 |
| 2/14/2018 | ROK DAPA (Performance Bonds) | $ 52,881.10 |
| | | $ 640,045.87 |

**2019 Collections:**

| Date | Description | Amount |
|---|---|---|
| 1/31/2019 | Sale of Miscellaneous Helicopter Parts Sale | $ 14,500.00 |
| 2/8/2019 | Court Order Awarding Attorney's Fees | $ 26,542.50 |
| 5/29/2019 | Fixed Wing Aircraft Sale | $ 24,900.00 |
| 6/10/2019 | Insurance Refund | $ 45.00 |
| | | $ 65,987.50 |

**2020 Collections:**

| Date | Description | Amount |
|---|---|---|
| 5/18/2020 | Court Order Awarding Attorney's Fees | $ 3,000.00 |
| 5/26/2020 | Refund of Attorney Retainer | $ 261.62 |
| | | $ 3,261.62 |

Checking Bank Account      Balance 6/30/2020   $ 649,690.29