James E. Cross, Bar No. 009063
**CROSS LAW FIRM, P.L.C.**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Office: (602) 412-4422
Fax: (602) 252-4712
Email: jcross@crosslawaz.com
*Counsel for Louie Mukai, Liquidation Trustee
of the Phoenix Heliparts, Inc. Liquidation Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| PHOENIX HELIPARTS, INC., | Case No. 2:15-bk-12003-DPC |
| Debtor. | **LIQUIDATING TRUSTEE'S NOTICE OF INTENT TO ABANDON AND/OR DESTROY ESTATE PROPERTY** |
| Substantively Consolidated with PHOENIX HELI SUPPORT, L.L.C. | |
| | (Re: Paper Business Records held in storage facility) |

**NOTICE IS HEREBY GIVEN**, pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule 6007-1, that Louie Mukai, the court appointed Liquidation Trustee of the Phoenix Heliparts, Inc. Liquidation Trust (the "Trustee") intends to abandon and/or destroy estate property consisting of paper business records of the Debtors ("the Estate Records"), which is currently being held in a storage facility located at Cubesmart Rent, 5750 S. Power Road, Unit 4031, Gilbert, AZ 85295.

The Trustee seeks approval to abandon the Estate Records because they are of inconsequential value or benefit to the estate. The Estate Records have been held in the storage facility since January 2017, at an approximate cost of $100-$200 per month.[1] Given

---

[1] The cost is approximate due to the fact that the Estate Records have been stored along with other items which are property of the estate. The Trustee has allocated the approximate cost for the storage of the Estate Records in accordance with the storage space required for such items.

the cost to store the Estate Records and their inconsequential value or benefit to the estate, the Trustee has chosen to instead abandon and/or destroy through shredding the Estate Records.

Any person opposing the abandonment shall file a written objection with the Bankruptcy Court within **14 days** of the date of this Notice, and promptly serve a copy of the objection on the Trustee's counsel, at the following address.

James E. Cross, Esq.<br>
Cross Law Firm, PLC<br>
1850 N. Central Ave., Ste. 1150<br>
Phoenix, AZ 85004<br>
Email: jcross@crosslawaz.com

If a timely objection is filed, the Trustee will request a hearing regarding the Motion. If no objections are timely filed and served as provided above, the Court may enter an Order approving the abandonment of the Estate Records without further notice or hearing.

DATED this 7th day of October, 2020.

**THE CROSS LAW FIRM, P.L.C.**

/s/ *James Cross (#9063)*
James E. Cross
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
*Counsel for Louie Mukai, Liquidation Trustee of the Phoenix Heliparts, Inc. Liquidation Trust*

COPY of the foregoing filed via the
Court's ECF system on October 7, 2020,
and copies e-mailed to:

Jennifer Giaimo
United States Trustee
230 North First Avenue, Suite 204
Phoenix AZ 85003-1706
Email: Jennifer.a.giaimo@usdoj.gov

Michael W. Carmel
Law Offices of Michael W. Carmel, Ltd.

| | |
|---|---|
| 1 | 80 E. Columbus Avenue<br>Phoenix, AZ 85012 |
| 2 | Email: Michael@mcarmellaw.com |
| 3 | H. Lee Horner, Jr.<br>Goldstein Legal Team, PLLC |
| 4 | 5800 Arizona Pavilions Dr. #2665<br>Cortaro, AZ 85652 |
| 5 | Email: steinway@rocketmail.com<br>*Attorneys for Robert and Kathleen Reish and Ryuko, Inc.* |
| 6 | |
| 7 | Steven N. Berger<br>Scott Cohen |
| 8 | Damien Robert Meyer<br>Engelman Berger, PC |
| 9 | 3636 N. Central Avenue, Suite 700<br>Phoenix, AZ 85012 |
| 10 | Email: snb@eblawyers.com; sbc@eblawyers.com;<br>drm@eblawyers.com |
| 11 | *Attorneys for TKC Aerospace, Inc.* |
| 12 | Kelly Singer<br>SQUIRE PATTON BOGGS, LLP |
| 13 | 1 E. Washington St., Suite 2700<br>Phoenix, AZ 85004 |
| 14 | Email: kelly.singer@squirepb.com<br>*Attorneys for the Official Committee of Unsecured Creditors* |
| 15 | |
| 16 | Steven M. Aaron<br>Dentons US LLP – Phoenix, AZ |
| 17 | 2398 E. Camelback Rd., Suite 850<br>Phoenix, AZ 85016 |
| 18 | Email: steven.aaron@dentons.com<br>*Counsel for the Azerbaijan Ministry of Defense* |
| 19 | Michael J. Sullivan |
| 20 | Ashcroft Law Firm, LLC<br>200 State Street, 7th Floor |
| 21 | Boston, MA<br>Email: msullivan@ashcroftlawfirm.com |
| 22 | *Pro Hac Vice Co-Counsel for the Azerbaijan Ministry of Defense* |
| 23 | Lori Sharpe Day<br>Ashcroft Law Firm, LLC |
| 24 | 22 South Central, Suite 110<br>St. Louis, MO 63105 |
| 25 | Email: lday@ashcroftlawfirm.com |
| 26 | Warren J. Stapleton<br>Osborn Maledon |
| 27 | 2929 N. Central Avenue, Suite 2100<br>Phoenix, AZ 85012 |
| 28 | wstapleton@omlaw.com |

| | |
|---|---|
| 1 | Counsel for the Boeing Company |
| 2 | Jennifer Joan Axel<br>Polsinelli PC |
| 3 | One E Washington Suite 1200<br>Phoenix, AZ 85004 |
| 4 | Precision Aviation Group, Inc.<br>jaxel@polsinelli.com |
| 5 | |
| 6 | James Ball<br>Poli & Ball, PLC |
| 7 | 2999 N. 44th Street, Suite 500<br>Phoenix, AZ 85018 |
|   | Email: ball@poliball.com |
| 8 | *Attorneys for JPMorgan Chase* |
| 9 | Sharon Urias |
| 10 | 8585 E. Hartford Drive, Suite 700<br>Scottsdale, AZ 85255 |
| 11 | Special Counsel for Trustee<br>surias@uriaslaw.com |
| 12 | Richard D. Burstein |
| 13 | Robyn B. Sokol<br>Ezra Brutzkus Gubner LLP |
| 14 | 21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 |
| 15 | Email: rburstein@ebg-law.com; rsokol@ebg-law.com; ecf@ebg-law.com |
|    | *Attorneys for Ro-Wing Aviation* |
| 16 | |
| 17 | Carlyle (Cary) W. Hall III<br>Jennifer J. Axel |
| 18 | Polsinelli PC<br>One E. Washington Street, Suite 1200 |
|    | Phoenix, AZ 85004 |
| 19 | Email: chall@polsinelli.com; jaxel@polsinelli.com |
| 20 | *Attorneys for Precision Aviation Group, Inc.* |
| 21 | Thomas R. Walker<br>McGuire Woods LLP |
| 22 | 1230 Peachtree Street N.E., Suite 2100<br>Atlanta, GA 30309 |
| 23 | Email: trwalker@mcguirewoods.com |
|    | *Attorneys for Precision Aviation Group, Inc.* |
| 24 | |
| 25 | Nancy Kalafa Swift<br>Buchalter Nemer |
| 26 | 16435 N. Scottsdale Road, Suite 440<br>Scottsdale, AZ 85254 |
|    | Email: nswift@buchalter.com |
| 27 | *Attorneys for Ford Motor Credit Company LLC* |
| 28 | David L. Knapper |

| | |
|---|---|
| 1 | 1599 E. Orangewood Avenue, Suite 125<br>Phoenix, AZ 85020 |
| 2 | Email: david.knapper@azbar.org<br>*Attorneys for Teris-Phoenix* |
| 3 | |
| 4 | Michael C. Manning<br>Stinson Leonard Street LLP |
| 5 | 1850 N. Central Avenue, Suite 2100<br>Phoenix, AZ 85004 |
| 6 | Email: michael.manning@stinson.com<br>*Special Counsel* |
| 7 | Jin-Yeong Chung |
| 8 | Kim & Chang<br>39, Sajik-ro 8-gil, Jongno-gu |
| 9 | Seoul 03170, Korea<br>Email: jychung@kimchang.com |
| 10 | /s/ *Kara L. Stewart* |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |