# Notice Recipients

District/Off: 0970–2     User: estrellam     Date Created: 10/7/2020
Case: 2:15–bk–12003–DPC     Form ID: pdf001     Total: 519

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | FORD MOTOR CREDIT COMPANY LLC | |
| cr | Ryuoko, Inc | |
| cr | Kathleen Reish | |
| cr | Robert Reish | |
| intp | PHOENIX HELI SUPPORT, LLC | |
| aty | Stinson Leonard Street, LLP | |
| crcm | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | |

TOTAL: 7

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | ALIKA L. PIPER | apiper@kplawhawaii.com |
| aty | CHRISTOPHER C. SIMPSON | christopher.simpson@stinson.com |
| aty | CODY J. JESS | cjess@law–msh.com |
| aty | DAMIEN ROBERT MEYER | drm@eblawyers.com |
| aty | DAVID L. KNAPPER | dlk@knapperlaw.com |
| aty | H. LEE HORNER, JR. | steinway@rocketmail.com |
| aty | JAMES B. BALL | ball@bsmplc.com |
| aty | JAMES E. CROSS | jcross@crosslawaz.com |
| aty | JENNIFER JOAN AXEL | jaxel@polsinelli.com |
| aty | KELLY SINGER | kelly.singer@squirepb.com |
| aty | MATTHEW ALLEN SILVERMAN | matthew.silverman@azag.gov |
| aty | MICHAEL W. CARMEL | michael@mcarmellaw.com |
| aty | NANCY KALAFA SWIFT | nswift@buchalter.com |
| aty | PHILIP G. MITCHELL | pmitchell@gblaw.com |
| aty | ROBYN B. SOKOL | rsokol@bg.law |
| aty | SCOTT B. COHEN | sbc@eblawyers.com |
| aty | STEVEN N BERGER | snb@eblawyers.com |
| aty | WARREN J. STAPLETON | wstapleton@omlaw.com |
| aty | WILLIAM R. RICHARDSON | wrichlaw@aol.com |

TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Phoenix Heliparts Inc. | 3130 North Oakland Suite #110 Mesa, AZ 85215 |
| cr | TKC AEROSPACE, INC. | C/O STEVEN BERGER, ESQ. ENGELMAN BERGER PC 3636 N CENTRAL AVE #700 PHOENIX, AZ 85012 |
| cr | Richardson & Richardson, P.C. | 1745 S. Alma School Rd. Suite 100 Mesa, AZ 85210 |
| cr | JPMorgan Chase Bank, N.A. | Poli & Ball, P.L.C. 2999 N. 44th Street Suite 500 Phoenix AZ, 85018 U.S.A. |
| aty | Ezra Brutzkus Gubner LLP | 21650 Oxnard Ave., Suite 500 Woodland Hills, CA 91367 |
| cr | PRECISION AVIATION GROUP, INC. | C/O POLSINELLI PC ATTN: WESLEY D. RAY 1 E. WASHINGTON, SUITE 1200 PHOENIX, AZ 85004 |
| cr | The Boeing Company | c/o Warren J. Stapleton Osborn Maledon PA 2929 N Central Ave Ste 2100 Phoenix, AZ 85012 |
| tr11 | LOUIE MUKAI | 2600 N. Central, Suite 1820 Phoenix, AZ 85004 |
| intp | Georgia Summers | c/o Michael W. Carmel, Ltd. 80 E. Columbus Ave. Phoenix, AZ 85012 |
| intp | Donald Nichols | c/o Michael W. Carmel, Ltd. 80 E. Columbus Ave. Phoenix, AZ 85012 |
| intp | Tina Cannon | c/o Michael W. Carmel, Ltd. 80 E. Columbus Avenue Phoenix, AZ 85012 |
| intp | PHoenix Heli Support | c/o Richardson & Richardson,P.C. 1745 S. Alma Sch rd. #100 Mesa, AZ |
| cr | TERIS–PHOENIX | LAW OFFICES OF DAVID L KNAPPER 1599 EAST ORANGEWOOD AVENUE SUITE 125 PHOENIX, AZ 85020 |
| cr | DACA VI LLC | 1565 Hotel Circle S, #310 San Diego, CA 92108 |
| cr | Pioneer Funding Group, LLC | Greeley Square Station P.O. Box 20188 New York, NY 10001 |
| cr | Fair Harbor Capital, LLC | Ansonia Finance Station PO Box 237037 New York, NY 10023 |
| cr | Tannor Partners Credit Fund LP | 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 |
| cns | PINNACLE MANAGEMENT & CONSULTING | 2824 N POWER ROAD SUITE 113–129 MESA, AZ 85215 |
| cr | MS Consolidated Holdings, LLC | c/o Philip G. Mitchell, Esq. The Cavanagh Law Firm 1850 N Central Ave Ste 2400 Phoenix, AZ 85004 |
| aty | Bryan Cave LLP | Two N. Central Avenue Suite 2200 Phoenix, AZ 85004 |
| cr | Airwest Helicopters, Inc. | c/o CODY JESS SCHIAN WALKER, PLC 1850 NORTH CENTRAL AVENUE, #900 Phoenix, AZ 85004–4531 |
| sp | SHARON A URIAS | URIAS LAW OFFICES, PLLC 8585 E. HARTFORD DR STE 700 SCOTTSDALE, AZ 85255 |
| sp | JIN YEON CHUNG | KIM & CHANG 39, SAJIK–RO– 8–GIL, JONGNO–GU SEOUL 03170 KOREA |
| cr | ARIZONA DEPARTMENT OF REVENUE | 1275 W. WASHSINGTON STREET PHOENIX, AZ 85007–1298 |

| | | | | | |
|---|---|---|---|---|---|
| cr | Dane S Field | c/o Klevansky Piper, LLP | 841 Bishop Street, #1707 | Honolulu, HI 96813 | |
| cr | JOE MUSCO | STRUCTURAL DER | 1015 SPIRIT ROCK POINT | HIGHLANDS RANCH, CO 80126 | |
| aty | AMANDA CARTWRIGHT | BRYAN CAVE LLP | 2 N. CENTRAL AVE., #2200 | PHOENIX, AZ 85004 | |
| aty | Michael C. Manning | Stinson Leonard Street LLP | 1850 North Central Avenue | Suite 2100 | Phoenix, AZ 85004–4584 |
| aty | Paul L. Cass | 7777 GREENBACK LANE | #107 | CITRUS HEIGHTS, CA 95610 | |
| aty | SARAH H SEEWER | THE BOEING COMPANY | PO BOX 516 M/C S100– 3340 | ST LOUIS, MO 63166–0516 | |
| aty | THOMAS R WALKER | MCGUIRE WOODS LLP | 1230 PEACHTREE STREET | ATLANTA, GA 30309 | |
| 14123854 | 1524000 Alberta Ltd./lnter–Pro Property Corp. | 10088 102 Ave NW | Suite 325, Tower 2 | Edmonton, AB T5J 221 Canada | |
| 13769705 | 410th Contracting Support | Brigade Regional Contract | 4075 Gorgas Cir. Bldg. 1026 | Fort Sam, Houston, TX 78234 | |
| 13747658 | ADVANCED POWER PRODUCTS | 292 E ARROW HWY | SAN DIMAS CA 91773 | | |
| 13747659 | AERO DYNAMIX INC. | PO BOX 670429 | DALLAS TX 75267–0429 | | |
| 13747660 | AERO METALS | 3920 SANDSTONE DRIVE | EL DORADO HILLS CA 95762 | | |
| 13829285 | AEROSPACE FILITRATION SYSTEMS INC. | DONALDSON CO INC | NATHAN L HUTTON | PO BOX 1299 | MINNEAPOLIS, MN 55440–1299 |
| 13747661 | AEROSPACE FILTRATION SYSTEMS INC | 17891 CHESTERFIELD AIRPORT RD | CHESTERFIELD MO 63005 | | |
| 13747662 | AIR COMM CORPORATION | 1575 W 124TH AVE #210 | WESTMINSTER CO 80234 | | |
| 13747663 | AIR INSTRUMENT SPECIALISTS, INC | 7524 CLYBOURN AVE | SUN VALLEY CA 91352 | | |
| 13747664 | AIR RESCUE SYSTEMS CORPORATION | PO BOX 3009 JEFFERSON AVE | ASHLAND OR 97520 | | |
| 13747665 | AIRBUS HELICOPTERS | P.O. BOX 971227 | DALLAS TX 75397–1227 | | |
| 13747666 | AIRCRAFT SPRUCE | BOX 4000 | CORONA CA 92878–4000 | | |
| 14644151 | AIRWEST HELICOPTERS INC | C/O SCHIAN WALKER PLC | Cody James Jess, Esq. | 1850 N CENTRAL AVE #900 | PHOENIX AZ 85004 |
| 13747667 | ALLIANT TECHSYSTEMS DBA ATK | SDS 12–0865 BOX 86 | MINNEAPOLIS MN 55486–0865 | | |
| 13867370 | ALLIANT TECHSYSTEMS OPERATIONS, LLC | 5995 OPUS PARKWAY – SUITE 300 | MINNETONKA, MN 55343 | | |
| 14019915 | AMERICAN ALTERNATIVE INSURANCE CORPORATION | 1475 | SCHAUMBURG, IL 60173 | | |
| 14123839 | ANAR Air Logistics | 6654 Gross Ave. | West Hills, CA 91307 | | |
| 13747668 | ANODYNE ELECTRONICS MFG | #15 – 1925 KIRSCHNER RD | KELOWNA BC V1Y 4N7 | CANADA | |
| 13747670 | ARIZONA DEPARTMENT OF REVENUE | 1600 W MONROE ST, 7TH FLOOR | PHOENIX AZ 85007 | | |
| 13747671 | ARIZONA DEPARTMENT OF REVENUE | C/OAZ ATTY GEN TAX ,BANKR & COLL | 1275 W WASHINGTON AVE | PHOENIX AZ 85007 | |
| 13747669 | ARIZONA DEPARTMENT OF REVENUE (TPT) | BOX 29085 | PHOENIX AZ 85038–9085 | | |
| 13769577 | AT&T | PO Box 6463 | Carol Stream, IL 60197 | | |
| 13769578 | ATK | SDS 2–0865 Box 86 | Minneapolis, MN 55486–0865 | | |
| 13747672 | AVIALL | P.O. BOX 842267 | DALLAS TX 75284–2267 | | |
| 14013514 | AVIALL SERVICES INC | PO BOX 842267 | DALLAS, TX 75284–2267 | | |
| 13747673 | AVIATION SPECIALTIES UNLIMITED | 4632 W. AERONCA STREET | BOISE ID 83705–6503 | | |
| 13747674 | AVIATRIX, INC | 22831 FOREST CREEK DR STE A | SHERWOOD OR 97140 | | |
| 14123873 | AZ Westtest, Inc. | 6221 N 35th Ave #2 | Phoenix, AZ 85017 | | |
| 13769564 | Advanced Power Product | 292 E. Arrow Hwy. | San Dimas, CA 91773 | | |
| 13769565 | Aero Dynamix, Inc. | PO Box 670429 | Dallas, TX 75267–0429 | | |
| 13769566 | Aero Metals | 3920 Sandstone Dr. | El Dorado Hills, CA 95762 | | |
| 13769567 | Aero Performance | PO Box 4000 | 225 Airport Cir. | Corona, CA 92878 | |
| 14123864 | AeroHead Aviation | James Kerr | 7431 E. Greenway Rd. | Scottsdale, AZ 85260 | |
| 14123848 | Aeronics Aircraft Parts Inc. | Gaston Cheer | 12257 SW 132 Court | Miami, FL 33186 | |
| 13769568 | Aerosapce Filtration Systems | 17891 Chesterfield Airport Rd. | Chesterfield, MO 63005 | | |
| 14123865 | Aerospace Ind. | Alberto Rodriguez | 10913 NW 30th Street Suite 107 | Doral, FL 33172 | |
| 14123866 | Aerospace Technician Corp Silvana Sinning | 8457 NW 70th St. | 729 Curtiss Pkwy | Miami, FL 33166 | |
| 13769569 | Air Comm Corp. | 1575 W. 124th Ave, #210 | Westminster, CO 80234 | | |
| 13769570 | Air Instrument Specialists | 7524 Clybourn Ave. | Sun Valley, CA 91352 | | |
| 13769571 | Air Rescue Systems Corp. | PO Box 3009 Jefferson Ave. | Ashland, OR 97520 | | |
| 14123862 | Airbus | 2701 Forum Dr. | Grand Prarie, TX 75052 | | |
| 13769572 | Airbus Helicopters | PO Box 971227 | Dallas, TX 75397–1227 | | |
| 13769691 | Airbus Helicopters, Inc. | 2701 Forum Dr. | Grand Prairie, TX 75052 | | |
| 13769573 | Aircraft Spruce | Box 4000 | Corona, CA 92878 | | |
| 14123867 | Airframe & Powerplant Solutions | Angela Morals | 1957 John Young PKWY, Unit K | Kissimmee, FL 34741 | |
| 14066866 | Airwest Helicopters, Inc. | c/o CODY J. JESS | SCHIAN WALKER, PLC | 1850 NORTH CENTRAL AVENUE, #900 | PHOENIX, AZ 85004–4531 |
| 13769574 | All Copy Products | 4141 Colorado Blvd. | Denver, CO 80216 | | |
| 13769575 | Anodyn Electronics Mfg. | #15–1925 Kirschner Rd. | Kelowna BC V1Y 4N7 Canada | | |
| 14123868 | Architectural Stone Concepts | 16211 N. Scottsdale Rd. | Ste. A6A–422 | Scottsdale, AZ 85254 | |
| 13769697 | Arizona Dep't of Revenue | 1600 W Monroe St | Phoenix, AZ 85007 | | |
| 13769576 | Arizona Pneumatic | 205 S. River Dr. | Tempe, AZ 85281 | | |
| 14123858 | Arizona Public Service | PO BOX 2906 | Phoenix, AZ 85062–2906 | | |
| 14123869 | Arizona Source Land Holding | 15220 N 78th Wy | Scottsdale, AZ 85260 | | |

| ID | Name | Contact/Address | | | |
|---|---|---|---|---|---|
| 14123870 | Ariztar, LLC | 2000 Hwy. 95 | Suite 210 | Bullhead City, AZ 86442 | |
| 14123871 | Avair Inc | Brendan Gallagher | 6877 W. Fry Rd. | Chandler, AZ 85226 | |
| 13769579 | Aviall | PO Box 842267 | Dallas, TX 75284–2267 | | |
| 14123857 | Aviall | Tim Bise | PO BOX 842267 | Dallas, TX 75284–2267 | |
| 13769692 | Aviation Specialties Unltd. | 4632 Aeronca Street | Boise, ID 83705 | | |
| 14123872 | Aviation Supplies | 735 N Ogden Drive | Los Angeles, CA 90046 | | |
| 13769580 | Aviatrix Specialties Unlimited | 4632 W. Aeronca St. | Boise, ID 83705–6503 | | |
| 13769581 | Aviatrix, Inc. | 22831 Forest Creek Dr. Ste. A | Sherwood, OR 97140 | | |
| 13860259 | BANK DIRECT CAPITAL FINANCE | 150 NORTH FIELD DRIVE | SUITE 190 | LAKE FOREST, IL 60045 | |
| 13747675 | BANK DIRECT CAPITAL FINANCE | BOX 660448 | DALLAS TX 75266–0448 | | |
| 13747676 | BECKER AVIONICS, I | 10376 USA TODAY WAY | MIRAMAR FL 33025 | | |
| 13747677 | BELL HELICOPTER | 23413 NETWORK PLACE | CHICAGO IL 60673–1234 | | |
| 13747678 | BRACKETT AIRCRAFT CO KINGMAN | 7045 FLIGHTLINE DR. | KINGMAN AZ 86401 | | |
| 13747679 | BROWN HELICOPTER | 10100 AILERON AVE. | PENSACOLA FL 32506 | | |
| 13769582 | Bank Direct | Box 660448 | Dallas, TX 75266 | | |
| 13769689 | Beachside Island Homes | 82 Kaneohe Bay Dr. | Kailua, HI 96734 | | |
| 14123874 | Bear Defense | 4751 Jim Walter Blvd. | Tampa, FL 33607 | | |
| 13769583 | Becker Avionics | 10375 USA Today Way | Miramar, FL 33025 | | |
| 13769584 | Bell Helicopter | 23413 Network Pl. | Chicago, IL 60673 | | |
| 13769693 | Big Dog Logistics | 1235 N. Loop West Ste. 500 | Houston, TX 77008 | | |
| 13769585 | Bisco Industries | PO Box 68062 | Anaheim, CA 92817 | | |
| 14123875 | Bluefin Aviation | 1150 Lee Wagener Blvd. Suite 108 | Ft. Lauderdale, FL 33315 | | |
| 14123876 | Bonding Solutions | 2855 E. Brown Rd. Suite 9 | Mesa, AZ 85213 | | |
| 13769586 | Brackett Aircraft Co. | Kingman | 7045 Flightline Dr. | Kingman, AZ 86401 | |
| 14123877 | Breeze–Eastern | Patricia Bieksha | PO BOX 417030 | Boston, MA 02241–7030 | |
| 14123878 | Brian Kennedy | Swettenham Hall | Swettenham, Cheshire CW12 2JZ | United Kingdom | |
| 13769587 | Brown Helicopter | 10100 Aileron Ave. | Pensacola, FL 32506 | | |
| 13946438 | Brown Helicopter | 10100 Alieron Ave | Pensacola, FL 32506 | | |
| 14123879 | Bruel & Kjaer | Scott Owen | 2815–A Colonnades Court | Norcross, GA 30071 | |
| 14086458 | CASTLE & COOKE AVIATION HONOLULU | 155 KAPALULU PLACE | HONOLULU, HI 96819 | | |
| 13747680 | CASTLE AND COOKE AVIATION | 155 KAPALULU PL | HONOLULU HI 96819 | | |
| 13747681 | CHASE CREDIT CARD | PO BOX 15298 | WILMINGTON DE 19850–5298 | | |
| 13747682 | CITY OF MESA | BOX 1878 | MESA AZ 85211–1878 | | |
| 14206329 | CITY OF MESA COLLECTIONS | PO BOX 1466 | MESA AZ 85211–1466 | | |
| 14123884 | CITY OF SCOTTSDALE | 7447 E INDIAN SCHOOL RD STE 110 | SCOTTSDALE AZ 85251 | | |
| 13747683 | CLEAN HARBORS | PO BOX 3442 | BOSTON MA 02241–3442 | | |
| 13747684 | COMMUNICATION CONCEPTS, INC | 7655 E REDFIELD RD SUITE 2 | SCOTTSDALE AZ 85260 | | |
| 13747685 | CRATING TECHNOLOGY | 3909 E. MIAMI AVE | PHOENIX AZ 85040 | | |
| 13747686 | CULLIGAN | DEPT 8931 BOX 77043 | MINNEAPOLIS MN 55480–7743 | | |
| 14123880 | Cascade Airframe Repair | 8500 Perimeter Road A–4 | Seattle, WA 98108 | | |
| 13769588 | Castle & Cooke Aviation | 155 Kapalulu Pl. | Honolulu, HI 96819 | | |
| 13769589 | Chase Credit Card | PO Box 15298 | Wilmington, DE 19850 | | |
| 14123860 | Chopper Guy {V} | Bruce Haffner | 5826 E. Campo Bello Dr | Scottsdale, AZ 85254 | |
| 13769685 | City and County of | Honolulu | 530 S King St Room 208 | Honolulu HI 96813 | |
| 13998085 | City and County of Honlulu | Budget and Fiscal Services | 530 South King Street, Rm 115 | Honolulu Hawaii 96813 | |
| 14123881 | City of Albuquerque –Purchasing Division | Emily Maestas | 1 Civic Plaza Dr. NW 7th Floor, RM 7012 | Albuquerque, NM 87103 | |
| 13769698 | City of Mesa | Box 1466 | Mesa, AZ 85211–1466 | | |
| 14123882 | City of Mesa | Box 1878 | Mesa, AZ 85211–1878 | | |
| 14123883 | City of Phoenix – Police Air Support | Kevin Kleinpeter | 102 E Deer Valley Road | Phoenix, AZ 85024 | |
| 13769590 | Clean Harbor | PO Box 3442 | Boston, MA 02241–3442 | | |
| 14120477 | Combe Logistics | 20851 Johnson St., Ste 105 | Pembroke Pines, FL 33029–1924 | | |
| 14123885 | Combe Logistics | Ruda | 8113 NW 68 Street | Miami, FL 33166 | |
| 13769591 | Communication Concepts | 7655 E. Redfield Rd., Ste 2 | Scottsdale, AZ 85260 | | |
| 14123886 | Communication Concepts | Robert Jones | 7655 E. Redfield Rd Suite 2 | Scottsdale, AZ 85260 | |
| 14123887 | Complete Aviation Fuel Systems | 21602 N 2nd Ave | Suite 1 | Phoenix, AZ 85027 | |
| 13769592 | Concentra | 1818 E. Sky Harbor Cir N | Phoenix, AZ 85034 | | |
| 14123888 | Continental Aviation Services | PO Box 43733 | Abu Dhabi, UAE | | |
| 14123889 | Cox {0901} | PO BOX 53249 | Phoenix, AZ 85072–3249 | | |
| 13769593 | Crating Technology | 3909 E. Miami Ave. | Phoenix, AZ 85040 | | |
| 13769594 | Culligan | Dept. 8931 | Box 77043 | Minneapolis, MN 55480 | |
| 14877681 | DACA VI LLC | P O BOX 230550 | ENCINITAS, CA 92023 | | |
| 13920799 | DACA VI, LLC | 1565 Hotel Circle S, #310 | San Diego, CA 92108 | | |
| 13747687 | DAKOTA AIR PARTS. INTL INC | 1801 23RD AVE NORTH STE 119 | FARGO ND 58102 | | |
| 13747688 | DALLAS AVIONICS | 2525 SANTA ANA AVE | DALLAS TX 75228 | | |
| 13747689 | DART AEROPACE | 1270 ABERDEEN ST | HAWKESBURY ON K6A 1K7 | CANADA | |
| 13747690 | DATCO MEDIA, LLC | 2264 EDGE RIDGE CT | HENDERSON NV 89052 | | |
| 14000216 | DATCOMEDIA | 361 BENJAMIN FRANKLIN DR. | SARASOTA FL 34236–2003 | | |
| 13747691 | DELL | BOX 5275 | CAROL STREAM IL 60197–5275 | | |
| 14123893 | DES Unemployment Tax | PO Box 52027 | Phoenix, AZ 85072 | | |
| 13769600 | DFW Investment Corp. | 16445 Addison Rd. | 2nd Fl. Hangar 2 | Addison, TX 75001 | |
| 13879762 | DHL GLOBAL FORWARDING | 1801 NW 82ND AVENUE | DORAL, FL 33126 | | |
| 13747692 | DHL GLOBAL FORWARDING | PO BOX 742802 | LOS ANGELES CA 90074–2802 | | |

| ID | Name | Address |
|---|---|---|
| 13769601 | DHL Global Forwarding | PO Box 742802, Los Angeles, CA 90074 |
| 13747693 | DIAGNOSTIC SOLUTIONS INTERNATIONAL, LLC | 2580 E. PHILADELPHIA ST UNIT C, ONTARIO CA 91761 |
| 13747694 | DIAMOND J. INC. | P.O. BOX 9526, WICHITA KS 67277 |
| 13747695 | DICKSTEIN SHAPIRO, LLP | 1825 EYE STREET NW, WASHINGTON DC 20006–5403 |
| 13747696 | DON NICHOLS | 12 N VISTA DE CATALINA, LAGUNA BEACH CA 92651 |
| 13769595 | Dakota Air parts | 1801 23rd Ave. North, Ste. 119, Fargo, ND 58102 |
| 14123890 | Dallas Airmotive | 900 Nolen Dr. Suite 100, Grapevine, TX 76051 |
| 13769596 | Dallas Avionics | 2525 Santa Avenue, Dallas, TX 75228 |
| 13865861 | Dane S. Field, Liquidating Trustee | of the Alexair, Inc. Liquidating Trust, c/o Klevansky Piper, LLP, 841 Bishop Street, #1707, Honolulu, HI 96813 |
| 13769597 | Dart Aerospace | 1270 Aberdeen St., Hawkesbury, ON K6A 1K7, Canada |
| 13769598 | Datco Media | 361 Benjamin Franklin Dr., Sarasota, Fl 34236–2003 |
| 14123891 | Dave Monaco | 14415 N 73rd Street, Suite 115, Scottsdale, AZ 85260 |
| 14123892 | Defense Technology Equipment | Maria Arreguin, 45681 Oakbrook Court #107, Sterling, VA 20166 |
| 13769599 | Dell | Box 5275, Carol Stream, IL 60197 |
| 13774871 | Dell Financial Services, LLC | Resurgent Capital Services, PO Box 10390, Greenville, SC 29603–0390 |
| 13868423 | Department of Taxation | State of Hawaii, Attn: Bankruptcy Unit, P.O. Box 259, Honolulu, HI 96809–0259 |
| 13769602 | Diagnostic Solutions Int. | 2500 E. Philadelphia St., Unit C, Ontario, CA 91761 |
| 14123894 | Diagnstic Sltns | Cathy Bainbridge, 2580 E Philadelphia St., Ontario, CA 91761 |
| 13769603 | Diamond J, Inc. | PO Box 9526, Wichita, KS 67277 |
| 13769604 | Dickstein Shapiro, LLP | 1825 Eye St. NW, Washington, DC 20006 |
| 14123895 | Discount Rubber Stamps | PO BOX 3128, Milwaukee, WI 53201–3128 |
| 13769629 | Don Nichols | 12 N. Vista de Catalina, Laguna Beach, CA 92651 |
| 13769683 | Donald Nichols | Michael W Carmel, 80 E Columbus Avenue, Phoenix AZ 85012 |
| 14123896 | Donaldson Filtration Solutions | 96869 Collection Center Dr, Chicago, IL 60693 |
| 13747697 | EAGLE FUEL CELL | 671 SKY LANE TAXIWAY, EAGLE RIVER WI 54521–9557 |
| 13891709 | EASTERN PACIFIC HELICOPTERS | ATTN: COLIN WHICHER, 1760 N TROWBRIDGE, MESA, AZ 85207 |
| 13747698 | EASTWEST AVIONICS | 90 NAKOLO PLACE #210, HONOLULU HI 96819 |
| 13769606 | ECAS, Inc. | 399 E. Drive, Mellbourne, FL 32904 |
| 13747699 | ECAS, LLC | 399 EAST DRIVE, MELBOURNE FL 32904 |
| 14123902 | EDMO Distributors | 12830 E, Mirabeau Pkwy, Spokane, WA 99216 |
| 13747700 | EFW / ELBIT SYSTEMS OF AMERICA | LOCKBOX #849962, DALLAS TX 75284–9962 |
| 13769607 | EFW/Elbit | Systems of America, Lockbox #849962, Dallas, TX 75284 |
| 13747701 | ELBIT SYSTEMS OF AMERICA | 4700 MARINE CREEK PARKWAY, FORT WORTH, TX 76179 |
| 14700338 | ELIAS DAKAK | DBA ROTOR AND WINGS MAINTENANCE & CONSUL, COMMUNITY CONSUMERS GROUP, 6100 JOHNSON SUITE A, HOLLYWOOD FL 33024 |
| 14123897 | Eagle Blades (Tim McAdam) | 8074 E. Whistling Wind Wy, Scottsdale. AZ 85255 |
| 13769634 | Eagle Fuel Cells | 671 Sky Lane Taxiway, Eagle River WI 54521 |
| 14123898 | East Coast Aviation | 399 East Dr., Melbourne. FL 32904 |
| 13998087 | Eastern Atlantic | Shoreham Airport Unit 158, Shoreham–by–Sea, West Sussex BN43 5pa UK |
| 14123900 | Eastern Atlantic Helicopters | Richad, Unit 15b Shoreham Airport, Shoreham–by–Sea West Sussex, BN43 SPA Great Britain |
| 13769605 | Eastwest Avionics | 90 Nakolo Pl, #210, Honolulu, HI 96819 |
| 13769608 | Essential Turbines | 443 Meloche, Dorval Quebec H9P 2W2, Canada |
| 14123899 | Eurotec Vertical Flight | 1040 OCL Parkway, Eudora, KS 66025 |
| 14123901 | Exicon Aero LLC | 395 Grove St., Ormond Beach. FL 32174 |
| 14123904 | FBR Aviation | Isabelle Brito, 2011 South Perimeter Road Suite C, Fort Lauderdale FL 33309 |
| 14123905 | FDC / Aerofilter | 285 Bel Marin Keys, Novato, CA 94949 |
| 13747702 | FEDEX | P.O. BOX 7221, PASADENA CA 91109–7321 |
| 13747703 | FEDEX FREIGHT | DEPT LA BOX 21415, PASADENA CA 91185–1415 |
| 13747704 | FEE CORP | BOX 779, CAMARILLO CA 93011 |
| 13769687 | FMS Contracts Team | 54–99 Dutepbawi–ro, Yongsan–Gu, Seoul, Korea 140–833 |
| 13747706 | FORD CREDIT | PO BOX 542000, OMAHA NE 68154–8000 |
| 13841812 | FORD MOTOR CREDIT COMPANY LLC | c/o Nancy K. Swift, Buchalter Nemer, 16435 N. Scottsdale Rd., #440, Scottsdale, Arizona 85254 |
| 14916537 | FRANK L. BROYLES | 4305 FANNIN DR., IRVING, TX 75038 |
| 13747705 | FREE FLIGHT SYSTEMS | 3700 INTERSTATE 35 S, WACO TX 76706–3756 |
| 13935324 | Fair Harbor Capital, LLC | Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| 14123903 | Falcon Executive Aviation, Inc. | 4766 E. Falcon Dr., Mesa, AZ 85215 |
| 13769609 | FedEx | PO Box 7221, Pasadena, CA 91109 |
| 13769610 | FedEx Freight | Dept. LA Box 21415, Pasadena, CA 91185 |
| 13965994 | FedEx TechConnect, Inc | 3965 Airways Blvd, Module G, 3rd Floor, Memphis TN 38116–5017 |
| 14123906 | Fedex | P.O. Box 7221, Pasadena, CA 91109–7321 |
| 13769611 | Fee Corp. | Box 779, Caramillo, CA 93011 |
| 13769612 | Fleet Services | Box 6293, Carol Stream, IL 60197 |
| 13769695 | Ford Motor Credit | PO Box 542000, Omaha, NE 68154–8000 |
| 14123907 | Forte Aviation Parts | Cesar Pavani, 5101 NW 17th Terrace Hangar 41–A, Fort Lauderdale FL 33309 |
| 13769613 | Free Flight Systems | 3700 Interstate 35 S, Waco, TX 76706 |
| 14123908 | FreeFlight Systems | 3700 Interstate 35 South, Waco, TX 76706 |
| 13769679 | Freeflight Systems | 3700 Interstate 35 South, Waco, TX 76706 |
| 13747707 | GARDENA SPECIALIZED PROCESSING | 16520 S. FIGUEROA ST, GARDENIA CA 90248 |

| | | | | |
|---|---|---|---|---|
| 13747708 | GARVEY SCHUBERT BARER | 2550 DENALI ST. SUITE 1502 | ANCHORAGE AK 99503−2753 | |
| 13747709 | GIBSON & BARNES | 1900 WELD BLVD #140 | EL CAJON CA 92020 | |
| 13793389 | GLOBALTRANZ ENTERPRISES | 5415 E HIGH STREET, BLDG A9,STE 460 | PHOENIX, AZ 85054 | |
| 13747710 | GLOBALTRANZ ENTERPRISES, LLC | BOX 203285 | DALLAS TX 75320−3285 | |
| 13769690 | GPO North Oakland II LLC | c/o Great Point Investors | Two Center Plaza, Ste 410 | Boston, MA 02108 |
| 13747711 | GRAPHIC EXPOSURES | 838 W NARANJA AVE | MESA AZ 85210 | |
| 13769614 | Gardenia Spec Processing | 16520 S. Figuero St. | Gardenia, CA 90248 | |
| 13769678 | Garmin | 1200 E 151st St. | Olathe, KS 66062 | |
| 13769615 | Garvey Schubert Bauer | 2550 Deanli St. Ste. 1502 | Anchorage, AK 99503 | |
| 13769680 | Genesys Aerosystems | One S−Tec Way | Mineral Wells, TX 76067 | |
| 14123909 | Genlogi LLC | 10700 NW 66yth St. | Doral, FL 33178 | |
| 14123910 | Genuine Aircraft | Samantha | 4250 Aerotech Ctr Way Unit B | Pasa Robles CA 93446 |
| 13769616 | Gibson & Barnes | 1900 Weld Blvd., #140 | El Cajon, CA 92020 | |
| 14123841 | Global Air Strategies | Ricardo Ralston | 8220 NW 30th Terrace | Miami, FL 33122 |
| 14123849 | Global Aircraft Corp | 940 SW 10th St. | Miami,FL 33130 | |
| 14123846 | Global Tranz | PO Box 203285 | Dallas, TX 75320−3285 | |
| 13769617 | Gloval Tranz Enterprise | Box 203285 | Dallas, TX 75320 | |
| 14123911 | Gnasky, Inc. | Kevin Lee | 780 Roosevelt | lrvlne, CA 92620 |
| 13908907 | Goldstein, Horner & Horner Attorneys PLLC | 5800 Arizona Pavilions Dr #2665 | Cortaro, AZ 85652 | |
| 13769618 | Graphic Exposures | 858 W. Naranja Ave. | Mesa, AZ 85210 | |
| 14123912 | Guard−0−Matic | 2015 W Weldon Ave. | Phoenix, AZ 85017 | |
| 13747712 | HAWAII DEPT OF TAXATION | 830 PUNCHBOWL ST | HONOLULU HI 96813−5094 | |
| 13747713 | HELI−MART, INC | 3184 AIRWAY AVENUE, BLDG E | COSTA MESA CA 92626−4619 | |
| 13747714 | HELICOPTER TECHNOLOGY COMPANY | 12902 SOUTH BROADWAY | LOS ANGELES CA 90061 | |
| 13747715 | HELIFOR CANADA CORP. | 406−815 HORNSBY ST | VANCOUVER BC V6Z 2E6 CANADA | |
| 14007343 | HELISTREAM, INC. | 3000 AIRWAY AVENUE # 350 | COSTA MESA, CA 92626 | |
| 13747716 | HILLSBORO AVIATION INC | 3950 NW 264TH AVE | HILLSBORO OR 97124 | |
| 14123917 | HN Corporation | Robert Jung | 1130−19 Baeksuk−dong | Koyang−si,Gyeonggi−do 410−360 South Korea |
| 13747717 | HONOLULU COUNTY TREASURER | 530 SOUTH KING ST, RM 115 HONOLULU, HAWA | | |
| 14123842 | HS Productions Mitch | 16114 North 81st Street | Scottsdale, AZ 85260 | |
| 13769696 | Hawaii Dep't of Taxation | PO Box 1425 | Honolulu, HI 96806−1425 | |
| 13769619 | Hawaiian Airlines | PO Box 29460 | Honolulu, HI 06820 | |
| 13769622 | Heilfor | #828−1200 W 73rd Ave | Vancouver VC V6P 6GS | Canada |
| 13769620 | Heli−Mart | 3184 Airway Ave, Bldg E | Costa Mesa, CA 92026 | |
| 14123914 | Helicopter Charter Enterprises | Tom Chauncey | 1 E. Washington St, Ste 1600 | Phoenix AZ 85004−2553 |
| 14123859 | Helicopter Logistics Engineering Pty Ltd. 18 Compa | Jandakot Airport, | Western AU 6164 Australia | |
| 13769621 | Helicopter Tech Company | 12902 S. Broadway | Los Angeles, CA 90061 | |
| 14123844 | Helistream | 3000 Airway Ave., Ste 350 | Costa Mesa, CA 92626 | |
| 14123915 | Helitech Aviation Group | 4026 Cocoplum Circle | Coconut Creek, FL 33063 | |
| 14123913 | Hell−Skills | Zeb Lang | Hanger AS9 140 | Aerodrome Rd Tauranga | Mt. Maungani, 3116 New Zealand |
| 13769623 | Hillsboro Aviation | 3950 NW 264th AVe | Hillsboro, OR 97124 | |
| 14123916 | Hillsboro Aviation, Inc. | 3950 NW 264th Avenue | Hillsboro, OR 97124 | |
| 13747718 | INSTRUMENT OVERHAUL SERVICES | 1981 N. MARSHALL AVE | EL CAJON CA 92020 | |
| 13747719 | INSULATION SUPPLY | PO BOX 5249 | TORRANCE CA 90510 | |
| 13747720 | INSURED AIRCRAFT TITLE SERVICE INC | BOX 19527 | OKLAHOMA CITY OK 73144 | |
| 13747721 | INTERNAL REVENUE SERVICE | P.O. BOX 7346 | PHILADELPHIA PA 19101−7346 | |
| 13769624 | Instrumental Overhaul | 1981 W. Marshall Ave. | El Cajon, CA 92020 | |
| 13769625 | Insulation Supply | PO Box 5249 | Torrance, CA 90510 | |
| 13769626 | Insured Aircraft Title Svc. | Box 19527 | Oklahoma City, OK 73144 | |
| 14123918 | Integrated Flight Systems | Janet Patterson | 3900 Falcon West Way Hangar 165 | Fort Worth, TX 76161−3976 |
| 13769699 | Internal Revenue Service | 4041 N Central Ave #5014 | Phoenix, AZ 85012−5000 | |
| 14123921 | Island Hoppers Limited Tony Riley | PO Box 11364 | Nadi Airport Nadi, Fiji | Fiji |
| 13747723 | JOE MUSCO | 6962 WINTER RIDGE LA | CASTLE ROCK CO 80108 | |
| 13747722 | JPMORGAN CHASE BANK, NA | ATTN: WES BIESEN | 2509 S. POWER RD, SUITE 103 | MESA AZ 85205 |
| 13751665 | JPMorgan Chase Bank, N.A. | c/o Poli & Ball, PLC (jbb/mlg) | 2999 North 44th Street, Suite 500 | Phoenix, Arizona 85018 |
| 13769694 | JPMorgan Chase bank, NA | 2509 S Power Rd. Ste. 103 | Msa, AZ 85205 | |
| 13998084 | Jack Harter Helicopters | 4231 Ahukini Rd. | Lihue, HI 96766 | |
| 14123923 | Jack Harter Helicopters | Caset Reimer | 4231 Ahukini Rd. | Lihue, HI 96766 |
| 14613858 | Jai Hyung Lee, Esq. | Lee & Ko | Hanjin Building | 63 Namdaemun−ro | Jung−gu, Seoul 04532, Korea |
| 13799585 | James E. Cross | The Cross Law Firm, P.L.C. | 1850 N. Central Avenue #1150 | Phoenix, AZ 85004 |
| 14123838 | Japan Break and Friction | Sergey Grishin | 11407 SW Amu St. Suite BG922 | Tualatin, OR 97062 |
| 14613859 | Jin Yeong Chung, Esq. | Kim & Chang | 39, Sajik−ro 8−gil | Jongno−gu, Seoul 03170, Korea |
| 13769627 | Joseph Musco | 1015 Spirit Rock Point | Highlands Ranch, CO 80126 | |
| 13747724 | KIA KAHA MEDIA LTD | BOX 37 978 | PARNELL AUCKLAND NEW ZEALAND | |
| 14123922 | KLX Aerospace | 88289 Expedite Way | Chicago, IL 60695−0001 | |

| ID | Name | Address |
|---|---|---|
| 13747725 | KRN AVIATION | 450 N MCCLINTOCK #101  CHANDLER AZ 85226 |
| 13769630 | KRN Aviation | 450 N. McClintock #101  Chandler, AZ 85226 |
| 14123924 | KRN Aviation | Chris Smith  450 N MCCiintock Dr. Suite 101  Chandler AZ 85226 |
| 13865768 | KRN Aviation Services | 450 N. McClintock Dr.  Suite 101  Chandler, AZ 85226 |
| 13769628 | Kim Kaha Media | Box 37 978  Rosnell Aucklan  New Zealand |
| 14119591 | Kings Avionics | 1430 Jet Stream Dr. Ste. 120  Henderson NV 89052–4221 |
| 14123920 | Kings Avionics | 237 N 2370 West  Salt Lake City, UT 84116–2936 |
| 13769681 | L3 Communications | 5353 52nd St, SE  Grand Rapids, MI 49512–9704 |
| 13747726 | LANDMARK AVIATION | 98 KAPALULU PLACE  HONOLULU HI 96819 |
| 13747727 | LAW OFFICE OF SCOTT E BOEHM PC | 2200 E. CAMELBACK RD. STE 213  PHOENIX AZ 85016 |
| 13747728 | LIU ENGINEERING | 2130 E. LA VIEVE LANE  TEMPE AZ 85284 |
| 13849126 | Landmark Aviation | 1500 CityWest Blvd., Ste. 600  HOUSTON, TX 77042 |
| 13769631 | Landmark Aviation | 98 Kapalulu Pl.  Honolulu, HI 96819 |
| 13998088 | Latium Management Services | 8 Tib Lane  Manchester M2 4JB  United Kingdom |
| 14123925 | Latium Management Services | Morris Dentigh  4th Floor, Bow Chambers 8 Tib Lane  Manchester, M2 4JB  United Kingdom |
| 13769675 | Law Office of Scott Boehm | 2200 E. Camelbak Rd. Ste. 213  Phoenix, AZ 85284 |
| 13769632 | Liu Engineering | 2130 E. La Vieve Lane  Tempe, AZ 85284 |
| 13747729 | MARICOPA COUNTY TREASURER | 301 W JEFFERSON ST  PHOENIX AZ 85003 |
| 13747730 | MEEKER AVIATION | #206 19142 122ND AVE  PITTS MEADOWS BC  V3Y–2P9  CANADA |
| 13747731 | MICRO PRECISION CALIBRATION INC | 22835 INDUSTRIAL PLACE  GRASS VALLEY CA 95949 |
| 13871932 | MICROPRECISION CALIBRATION INC. | 22  Grass Valley, CA 95949 |
| 14096117 | MOD Azerbaijan | 9 Suleyman Rustem St.  Baku AZ0101 Azerbaijan |
| 14123932 | MS Consolidated Holdings | S040 East Shea Blvd  Suite 254  Scottsdale, AZ 8S2S4 |
| 13988363 | MS Consolidated Holdings, LLC | c/o Philip G. Mitchell, Esq.  The Cavanagh Law Firm  1850 N Central Ave Ste 2400  Phoenix AZ 85004 |
| 14123933 | MSC | 75 Maxess Rd.  Melville, NY 11747 |
| 13769638 | MSC Industrial Direct | Dept. CH0075  Palatine, IL 60055 |
| 13769633 | Marker Aviation | #206 19142 122nd Ave  Pitts Meadows BC  V3Y2P9 Canada |
| 14123927 | Master Tronics | 19800 Cypress Ct  Miami, FL 33015 |
| 14123929 | Matt Hoehm | 155 Kapalulu Place  Honolulu, HI 96819 |
| 14123855 | McMaster–Carr | PO Box 7690  Chicago, IL 60680–7690 |
| 14123926 | Mecanex | Donnell  119 White Oak Drive  Berlin, CT 06037 |
| 14123928 | Meeker Aviation Services LTD. | 2608 Temple Heights Drive  Oceanside, CA 92056 |
| 13769635 | Menehune Water Co. | 99–1205 Halawa Valley St  Alea HI 96701 |
| 14123930 | Metal Suppliers Online LLC | PO Box 711  Hampstead, NH 03841 |
| 13769636 | Metro Fire Equipment | 63 S. Hamilton Pl.  Gilbert, AZ 85233 |
| 13769637 | Micro Precision Calibration | 22835 Industrial Place  Grass Valley, CA 95949 |
| 14123836 | Micro Precision Calibration | 2450 W. 12 Street, Suite 1  Tempe, AZ 85281 |
| 14123931 | Morin Asset Management | Gregg Lubbe  PO Box S830  Carefree, AZ 8S377 |
| 14123934 | My Alarm Center LLC | 3803 West Chester Pike Suite 100  Newtown Square, PA 19073 |
| 13973547 | NATIONAL CALIBRATION, INC. | MR JEFFREY R PARKER  3737 EAST BROADWAY ROAD  PHOENIX, AZ 85040 |
| 13747733 | NATIONAL COATINGS AND SUPPLIES | 8956 BOX 204383  DALLAS TX 75320–4383 |
| 13747732 | NATIONAL PRECISION BEARING | 27286 NETWORK PLACE  CHICAGO IL 60673–1272 |
| 14123935 | Nampa Valley Helicopters | 1870 West Franklin Road  Meridian, ID 83642 |
| 14123837 | National Calibration Inc. | Robert Halloran  3737 E. Broadway Rd  Phoenix, AZ 85040 |
| 13769701 | National Coating & Supplies | 8956 Box 204383  Dallas, TX 75320 |
| 13865521 | National Coatings & Supplies, Inc | 4900 Falls Of Neuse Road  Suite 150  Raleigh, NC 27609 |
| 13769700 | National Precision Bearing | 27286 NetworkPlace  Chicago IL 60673 |
| 14123936 | Newarkinone | Lisa  22 Technology Pkwy S  Suite 250  Norcross, GA 30092 |
| 14123937 | Oceania Aviation (Turbine Shop) | Matt Sleeth  1 Harvard Lane, Ardmore Airfield  Auckland, 2582  New Zealand |
| 14123938 | Oenning Law | 6424 E. Greenway Pkwy Suite 100–374  Scottsdale, AZ 85254 |
| 13992911 | Official Committee of Unsecured Creditors | c/o Kelly Singer  Quarles & Brady LLP  2 N. Central Avenue  Phoenix, AZ 85004 |
| 14123939 | Onlinecomponents.com | PO Box 25905  Los Angeles, CA 900258 |
| 13747734 | PACIFIC OFFICE AUTOMATION | 14747 NW GREENBRIER PKWY  BEAVERTON OR 97006 |
| 13747735 | PACIFIC OIL COOLER SERVICE INC | 1677 CURTISS COURT  LAVERNE CA 91750–5848 |
| 13747736 | PARAMOUNT PANELS | 1531 EAST CEDAR  ONTARIO CA 91761 |
| 13747737 | PARAVION TECHNOLOGY | 2001 AIRWAY AVE  FT COLLINS CO 80524 |
| 14123941 | PCS– Aerospace | Francisco Arguelles  201 Cross St.  Miami, FL 33166 |
| 13747767 | PHOENIX HELIPARTS INC. | ATTN: Tina Cannon  3130 North Oakland Suite #110  Mesa, AZ 85215 |
| 14123943 | PL Miller Electric | 10105 E. Via Linda  Ste. 103–315  Scottsdale, AZ 85258 |
| 13747738 | PPG AEROSPACE | 24811 AVEUNE ROCKEFELLER  VALENCIA CA 91355 |
| 13769643 | PPG Aerospace | 24811 Avenue Rockefeller  Valencia, CA 91355 |
| 13747739 | PRECISION AVIATION GROUP | 495 LAKE MIRROR RD  BLDG 800 STE G  ATLANTA GA 30349 |
| 13747740 | PRIME TURBINES | 1615 DIPLOMAT DR SUITE 120  CARROLLTON TX 75006 |
| 13747741 | PROPAK | 1010 S 65TH AVENUE  PHOENIX, AZ 85043 |
| 13747742 | PROSTAR SERVICES ARIZONA INC | BOX 113000  CARROLLTON TX 75011–3000 |
| 13747743 | PS CONSULTING LLC | 7865 S KILBRENNAN WAY  TUCSON AZ 85747–5417 |
| 13769648 | PS Consulting, LLC | 7865 S. Kilbrennan Way  Tucson, AZ 85747 |

| | | | | | |
|---|---|---|---|---|---|
| 14123951 | PT Darma Jayasarana | Bukit Cimanggu City, Blok AS–NO 7 | Tana Sareal – Bogor 16166 | Jawat Barat, Indonesia | |
| 14123952 | PT IBV Rattan Vladislavic Katie | Villa Kecapi mas raya 7 | Cirebon, | Indonesia | |
| 14123953 | PT. Nusantara Airparts | Resha Yudiestira Jl. Raya Hankam–Krangga | Jatiranggon–Jatisampuma | Bekasi, 17431 | Indonesia |
| 13769702 | Pacific Office Automation | 14747 NW Greenbrier Pkwy | Beaverton, OR 97006 | | |
| 13769703 | Pacific Oil Cooler Service | 1677 Curtiss Court | Laverne, CA 91750 | | |
| 14123940 | Papillon Luis Garcia | 1301 Airport Rd, Hangar 1 | Boulder City, NV 89005 | | |
| 13998086 | Paradise Helicopters | PO Box 5371 | Kailua Kona, HI 96745 | | |
| 13769704 | Paramount Panels | 1531 East Cedar | Ontario, CA 91761 | | |
| 13769639 | Paravion Technology | 2001 Alleway Ave. | Ft. Collins, CO 80524 | | |
| 13769640 | Pembrook Occupational Health | PO Box 654092 | Dallas, TX 75265 | | |
| 14123847 | Pembrooke Occupational Health | PO Box 654092 | Dallas, TX 75265–4092 | | |
| 13769563 | Phoenix Heliparts, Inc. | Attn: Tina Cannon | 3130 North Oakland Suite #110 | Mesa, AZ 85215 | |
| 13769641 | Phoenix Welding Supply | 701 S. 7th St. | Phoenix, AZ 85034 | | |
| 13936621 | Pilot Freight Services | P.O. Box 645058 | Dallas, TX 75265 | | |
| 13769642 | Pilot Freight Services | PO Box 654058 | Dallas, TX 75265–4058 | | |
| 14123942 | Pima County Sheriff | PO BOX 791 | Tucson AZ 8S701 | | |
| 13882400 | Pioneer Funding Group II, LLC | Greeley Square Station | P.O. Box 20188 | New York, NY 10001 | |
| 13885870 | Pioneer Funding Group II, LLC | Greeley Square Station | P.O. Box 20188 | New York, NY 10001 | |
| 13922280 | Pioneer Funding Group II, LLC | Greeley Square Station | P.O. Box 20188 | New York, NY 10001 | |
| 14076343 | Police Fiscal Dept. | 620 W. Washington, Ste. 422 | Phoenix, AZ 85003 | | |
| 14123944 | Power Packs Plus | Ryan Svetz | 1380 Greg Street | Sparks, NV 89431 | |
| 14123945 | Praxair | PO BOX 120812 DEPT 0812 | Dallas, TX 75312–0812 | | |
| 13769644 | Precision Aviation Group | 495 Lake Mirror Rd. | Bldg. 700 Ste. G | Atlanta, GA 30349 | |
| 13894086 | Precision Aviation Group, Inc. | c/o Thomas R. Walker | McGuire Woods LLP | 1230 Peachtree Street, NE, Suite 2100 | Atlanta, GA 30309 |
| 14123946 | Precision Aviation Services | 500 Aviation Way | Hangar B5 | Peachtree City GA 30269 | |
| 14123947 | Precision Aviation Services {AR} | Adrienne Robinson | 500 Aviation Way, Hanger B5 | Peachtree GA 30269 | |
| 14123948 | Preferred Airparts | 11234 Hackett Road | Kldron, OH 44636 | | |
| 14123949 | Premiere Electric | 614 W Caballero Cr. | Mesa, AZ 8S201 | | |
| 13769645 | Prime Turbines | 1615 Diplotmat Dr. | Ste. 120 | Carrolton, TX 75006 | |
| 14073484 | Prime Turbines, LLC | 1615 Diplomat Dr. Suite 120 | Carrollton, TX 75006–8392 | | |
| 13769646 | Propak | 1895 S. Los Feliz Dr. | Ste. 101 | Tempe, AZ 85281 | |
| 14123950 | Propel Aviation Sales & Services | 14300 SW 129th St Ste 101 | Miami, FL 363186 | | |
| 13769647 | Prostar Sevices Arizona | Box 113000 | Carrolton, TX 75011 | | |
| 14123852 | Pylon Aviation | 4377 W Rickenbacker Way | Chandler, AZ 85226 | | |
| 13747744 | QBE INSURANCE | PO BOX 5438 | NEW YORK NY 10087–5438 | | |
| 13769676 | QBE Insurance | PO Box 5438 | New York, NY 10087 | | |
| 14123954 | Quality Aircraft | 5746 E Apache | Tulsa, OK 74115 | | |
| 13747745 | RICHARDSON AND RICHARDSON | 1745 S. ALMA SCHOOL RD STE 100 | MESA AZ 85210 | | |
| 13747746 | RO WING AVIATION | 1115 AVENIDA ACASO, UNIT 1 | CAMARILLO CA 93012 | | |
| 13747747 | ROCKWELL COLLINS | DEPT 0875 PO BOX 120875 | DALLAS TX 75312–0875 | | |
| 13747748 | ROHDE & SCHWARZ USA, INC | PO BOX 5120 | CAROL STREAM IL 60197–5120 | | |
| 14123861 | RSG DBA: Integrated Flight Systems | PO Box 163976 | Fort Worth, TX 76161 | | |
| 14123853 | RSG Aviation Craig Stuart | 3901 N Main St. Hanger 2 South | Ft. Worth, TX 76106 | | |
| 13747749 | RSG PRODUCTS, INC. | PO BOX 163976 | FORT WORTH TX 76161–3976 | | |
| 13769654 | RSG Products | PO Box 163976 | Ft. Worth, TX 76161 | | |
| 14123957 | RSG Products Inc. | 3900 Falcon Way West Hangar 165 | Fort Worth, TX 76106 | | |
| 13769649 | Rich Industries | 8792 Desoto Dr. | Mohave Valley, AZ 86440 | | |
| 13769650 | Richardson & Richardson | 1745 S. Alma School Rd. | Ste. 100 | Mesa, AZ 85210 | |
| 13749542 | Richardson & Richardson, P.C. | 1745 S. Alma School Road, Suite 100 | Mesa, AZ 85210 | | |
| 14123955 | Richardson and Richardson | 1745 S. Alma School Rd. | Suite 100 | Mesa, AZ 85210 | |
| 13769651 | Ro Wing Aviation | 1115 Avenida Acaso | Unit 1 | Camarillo, CT 93012 | |
| 13939971 | Robert & Kathie Reish and Ryuko, Inc | c/o Goldstein Legal Team PLLC | 5800 Arizona Pavilions Dr #2665 | Cortaro, AZ 85652 | |
| 13939972 | Robert Reish et al | c/o Goldstein Legal Team PLLC | 5800 Arizona Pavilions Dr #2665 | Cortaro, AZ 85652 | |
| 14762672 | Robert and Kathie Reish | c/o Goldstein Legal Team PLLC | 5800 Arizona Pavilions Dr #2665 | Cortaro, AZ 85652 | |
| 13908906 | Robert and Kathleen Reish | Ryuko, Inc. | c/o Goldstein Legal Team PLLC | 5800 Arizona Pavilions Dr #2665 | Cortaro, AZ 85652 |
| 13769652 | Rockwell Collins | Dept. 0875 | PO Box 120875 | Dallas, TX 75312 | |
| 13769653 | Ronde & Schwarz USA | PO Box 5120 | Carol Stream, IL 60197 | | |
| 14123863 | Rotor & Wings Maintenance | Murray Welch | Hanger 6 Airport | Taupo, 3378 New Zealand | |
| 14123845 | Royal Aviation LLC | 10400 NW 33rd St #210 | Doral, FL 33172 | | |
| 14123956 | Royal Sign | 2631 N 31st Ave | Phoenix, AZ 85009 | | |
| 13769655 | Rucie Moore | 947 N. Ramada | Mesa, AZ 85205 | | |
| 14762671 | Ryuko Inc. | c/o Goldstein Legal Team PLLC | 5800 Arizona Pavilions Dr #2665 | Cortaro, AZ 85652 | |
| 13747750 | SEELY, MULLINS & ASSOC | 7141 N 51ST AVE #C | GLENDALE AZ 85301 | | |
| 13998083 | SESI | Att. Bruce Gage | 248 Dunlop Blvd. | Huntsville, AL 35824 | |
| 13769657 | SRP | PO Box 80062 | Prescott, AZ 86304 | | |
| 13747751 | STAPLES | DEPT LA BOX 83689 | CHICAGO IL 60696–3689 | | |

| | | | |
|---|---|---|---|
| 14123856 | Safeguard | PO BOX 5870 | Scottsdale, AZ 85261–5870 |
| 14286527 | Sang Bok Kim aka Daechang Aviation | Louie Mukai; c/o James Cross, Esq. Cross Law Firm, PLC | 1850 N. Central Ave., Suite 1150    Phoenix, AZ 85004 |
| 13870026 | Sarah H. Seewer | The Boeing Company    PO Box 516, M/C S100–3340    St. Louis, MO 63166–0516 | |
| 14088652 | Science and Engineering Services, LLC | 248 Dunlop Blvd    Huntsville, AL 35824 | |
| 14123958 | Scottsdale Airport | 15000 N Airport Dr.    Scottsdale, AZ 85260 | |
| 13769656 | Seely Mullins & Assoc. | 7141 N. 51st Ave., Ste. C    Glendale, AZ 85301 | |
| 14123959 | Seely, Mullins & Associates, P.C. | 7141 N. 51st Ave    Suite C    Glendale, AZ 85301 | |
| 14123960 | Sonicare Solutions | 111 Commerce Rd.    Boynton Beach, FL 33426 | |
| 14123961 | Southwest Aviation Insurance Group | Dave Monaco    14415 N 73rd St.    Suite 115    Scottsdale, AZ 85260 | |
| 14123962 | Space Age Auto Paint | Janet    707 S Country Club Drive    Mesa, AZ 85210 | |
| 14123963 | Spare Wings Support | Radoslav Sashov    Mladost 3, 312A, Ste 72. ENTR #1    Bulgaria,VAT BG20300    Bulgaria | |
| 14123964 | Spectro, Inc. | 1 Executive Dr. Suite 101    Clelmsford, MA 01824 | |
| 13769658 | Staples | Dept. LA Box 83689    Chicago, IL 60696 | |
| 14001244 | Steven L. Raether | 3750 E. Farmdale Avenue    Mesa, AZ 85206 | |
| 14076237 | Susan Guebara | AZ Dept of Economic Sec.    PO Box 6028    Phoenix, AZ 85005–6028 | |
| 14076342 | Susan Guebara | AZ Dept. of Economic Sec.    PO Box 6028    Phoenix, AZ 85005–6028 | |
| 13747752 | TALON TEST LABS INC | 650 VIA ALONDRA    CAMARILLO CA 93012 | |
| 13747753 | TENNANT SALES AND SERVICE | COMPANY    PO BOX 71414    CHICAGO IL 71414 | |
| 13747754 | TERIS | 3550 N CENTRAL AVE STE 150    PHOENIX AZ 85012 | |
| 13747755 | TIMKEN ALCOR AEROSPACE TECHNOLOGIES | 3110 N OAKLAND SUITE 100    MESA AZ 85215 | |
| 13747757 | TKC AEROSPACE INC | ATTN: DAVID D CLEARY ESQ    GREENBERG TRAURIG, LLP    2375 E CAMELBACK RD, STE 700    PHOENIX, AZ 85016 | |
| 13747756 | TKC AEROSPACE INC. | 224 SEVEN FARMS DR #200    DANIEL ISLAND SC 29492 | |
| 13748596 | TKC AEROSPACE, INC. | C/O STEVEN BERGER, ESQ    ENGELMAN BERGER PC    3636 N CENTRAL AVE #700    PHOENIX, AZ 85012 | |
| 13769677 | TKC Aerospace | 224 Seven Farms Dr.    Ste 200    Daniel Island, SC 29492 | |
| 13747758 | TRAVIS PULLINS | 9531 S SHAFER DR    TEMPE AZ 85284 | |
| 13769659 | Talon Test Labs, Inc. | 650 Via Alondra    Camarillo, CA 93012 | |
| 14425389 | Tannor Partners Credit Fund LP | 555 Theodore Fremd Avenue, Suite C–209    Rye, NY 10580 | |
| 13936628 | Tannor Partners Credit Fund, LP | 150 Grand Street, Suite 401    White Plains, NY 10601 | |
| 13769682 | Technisonic Industries Ltd. | 240 Traders Blvd. E    Mississauga, Ontario    L4Z 1W7 Canada | |
| 13769660 | Tennant Sales & Serv. | PO Box 71414    Chicago, IL 71414 | |
| 13769661 | Teris | 3550 N. Central    Ste. 150    Phoenix, AZ 85012 | |
| 14123965 | The Battery Guy | Billy Shaw    1872 E. Shannon St    Chandler, AZ 85225 | |
| 13769684 | The Boeing Company | 5000 E. McDowell Rd.    Bldg. 510 Mailstop 269    Mesa, AZ 85215 | |
| 13883498 | The Boeing Company | c/o Sarah Seewer    100 Airport Way, M/C S100–3340    Berkeley MO 63134 | |
| 13776308 | The Boeing Company | c/o Warren J. Stapleton    Osborn Maledon PA    2929 N Central Ave Ste 2100    Phoenix AZ 85012 | |
| 14123966 | The City of Oklahoma City (PD) | 1401 S. Western Ave.    Oklahoma City, OK 73109 | |
| 14123851 | Three Five Aviation | 527 E Elk Avve E    Elizabethton, TN 37643 | |
| 13769662 | Timken | 3110 N. Oakland    Mesa, AZ 85215 | |
| 13769688 | Timken Mesa | 3130 N. Oakland    Mesa, AZ 85215 | |
| 14123967 | Transportes Aeros Guatemaltecos | 8501 NW 17th Street Suite 120    Doral, FL 33126 | |
| 14123843 | Transworld Aviation | 150–B Dominion Drive    Morrisville, NC 27560 | |
| 13769663 | Travis Pullins | 9531 S. Shafer Dr.    Tempe, AZ 85284 | |
| 14123968 | Tri–Core | Wendy J. Rangel    445 E FM 1382    Cedar Hill, TX 75104 | |
| 14123969 | Tribute Aviation | 1825 W. Knudsen Drive    Phoenix, AZ 85027 | |
| 14123840 | Turbomeca USA | Phil Strepay    2709 North Forum Drive    Grand Prairie, TX 75052 | |
| 13747759 | ULINE SHIP SUPPLIES | BOX 88741    CHICAGO IL 60680–1741 | |
| 13879766 | ULINE SHIPPING SUPPLIES | 12575 ULINE DRIVE    PLEASANT PRAIRIE, WI 53158 | |
| 13769666 | UPS | 28013 Network Pl.    Chicago, IL 60673 | |
| 14123835 | UPS | PO Box 894820    Los Angeles, CA 90189–4820 | |
| 13747760 | URIAS LAW OFFICES | 8585 E HARTFORD DR #700    SCOTTSDALE AZ 85255 | |
| 13747761 | UTILITY HELICOPTER INC | 1948 JOE CROSSON DR    EL CAJON CA 92020 | |
| 14123970 | Uniflight LLC | Chris Dube    3108 Great SW Parkway    Grand Prairie, TX 750S2 | |
| 13769665 | United Airlines | 233 S. Wacker Dr.    16th Fl.    Chicago, IL 60606 | |
| 14123971 | United Enterprise Group | 337 S. Lemon Ave, Ste C    Walnut, CA 91789 | |
| 13769668 | Utility Helicopter | 1948 Joe Crosson Dr.    El Cajon, CA 92020 | |
| 13747762 | VARGA ENTERPRISES | 2350 S. AIRPORT BLVD    CHANDLER AZ 85286 | |
| 13747763 | VERIZON WIRELESS | BOX 660108    DALLAS TX 75266–0108 | |
| 13769669 | Varga Enterprises | 2350 S. Airport Blvd.    Chandler, AZ 85286 | |
| 13769670 | Verizon Wireless | Box 660108    Dallas, TX 75266–0108 | |
| 14123972 | Vertical Aviation | John Castrogiovanni    15035 N 73Rd St. Suite C    Scottsdale, AZ 85260 | |
| 13769686 | Vinnell Arabia | SANG Modernization Prog.    PO Box 5396    Riyadh 11422 KSA | |
| 13769664 | Vline Ship Supplies | Box 88741    Chicago, IL 60680 | |
| 14123850 | Vonsvon Pacific Solutions, Inc. | Jeff Han    9020 Bellhurst Way, Unit 104    West Palm Beach, FL 33411 | |
| 13747764 | WESTCAN AIRCRAFT SALES & SALVAGE | 100–2985 AIRPORT RD    KAMLOOPS BC V2B 7W8    CANADA | |
| 13747765 | WESTERN HELICRAFT, LTD | LANGLEY AIRPORT HANGAR 11    5225 216TH ST    LANGLEY BC V2Y 2N3 CANADA | |
| 13769672 | Wesco Aircraft | Box 842302    Boston, MA 02284–2302 | |

| | | | | |
|---|---|---|---|---|
| 13769671 | Western Aircraft Sales | 100−2985 Airport Rd. | Kamloops BC | V2B 7W8 Canada |
| 13769673 | Western Helicraft | Langley Airport Hangar 11 | 5225 216th St. | Langley BC V2Y 2N3 Canada |
| 13998089 | Western Helicraft | Langley Airport Hangar 11 | 5225 216th Street | Langley, BC V2y 2N3 Canada |
| 13747766 | YANKWITT LLP | 140 GRAND STREET SUITE 501 | WHITE PLAINS NY 10601 | |
| 13769674 | Yankwitt LLP | 140 Grand St. Ste. 501 | White Plains, NY 10601 | |
| 14123919 | lnterturbine, Inc. | 2617 N. Great Southwest Pkwy Ste 200 | Grand Praire, TX 75050 | |

TOTAL: 493