## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

PHOENIX HELIPARTS
LIQUIDATION TRUST

_____ Debtor(s)

CASE NO. ____2:15-bk-12003-DPC____

CH. 11 POST CONFIRMATION REPORT

__X__ QUARTERLY ____ FINAL
(PLEASE CHECK)

QUARTER ENDING: ___09/30/2020___

DATE PLAN CONFIRMED: 05/31/2016

**SUMMARY OF DISBURSEMENTS:**

A. Disbursements made under the plan, for current quarter:    $___23,993.83

B. Disbursements not under the plan, for current quarter:    $_____0.00

       **Total Disbursements**    $___23,993.83

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

**PLEASE ANSWER THE FOLLOWING:**

1. What are your projections as to your ability to comply with the terms of the plan?

   I believe that I will be able to comply with all terms of the plan.

   _____

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   Pending Reish appeal prevents distribution until it is resolved. However, Trustee is considering seeking entry of final decree. Reish appeal was decided on October 6, 2020 in favor of Liquidation Trust. Reish has requested rehearing, and there has been no ruling on that request. If rehearing is denied, Reish shall have one final appeal to the 9th Circuit Court of Appeals. It is anticipated it shall take 6-8 months for this appeal to proceed and conclude.

3. **If plan payments have not yet begun, please indicate the date that the first plan payment is due.**

   See answer to Item 2 above.

   We believe Mr. Reish will appeal any adverse decision to the 9th Circuit, which could cause further delay. This is the last matter preventing a distribution.

   Furthermore, the Azerbaijani Ministry of Defense ("AMOD") holds FAA title to helicopter 0041FF which the Liquidation Trust has been storing along with debtor's business records. In June, 2019 AMOD obtained a judgment against Mr. and Mrs. Reish in the amount of $2,150,000. The Trust has requested that both parties agree to allow the Trustee to sell the helicopter and hold the proceeds pending further court order.

   The Trust has filed a request to abandon and destroy the remaining PHP business records that remain in storage. The time for objection to that request has not yet expired.

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT. FILE A PAPER COPY WITH U.S. TRUSTEE'S OFFICE

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ 3,720.00 | $ 203,370.67 | $ 231.55 |
| 2. Fee for Attorney for Trustee | $ 16,431.75 | $ 846,785.42 | $ 0.00 |
| 3. Fee for Attorney for Debtor | $ 0.00 | $ 0.00 | $ 0.00 |
| 4. Other Professionals | $ 3,842.08 | $ 302,366.99 | $ 144,264.46 |
| 5. All Expenses, Including Disbursing Agent's | $ 23,993.83 | $ 1,352,523.08 | $ 144,496.01 |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ | $ | $ |
| 7. Priority Creditors | $ 0.00 | $ 123,242.06 | $ 0.00 |
| 8. Unsecured Creditors | $ | $ | $ |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
| _____ | $ | $ | $ |
| _____ | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $ 23,993.83 | $1,475,765.14[i] | $ 144,496.01[ii] |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan _____TBD_____ %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

### Description of Property

**Secured Creditors** _____N/A_____

**Priority Creditors** _____N/A_____

**Unsecured Creditors** _____N/A_____

**Equity Security Holders** _____N/A_____

**Other Transfers- Specify class of Transferee**

_Aircraft Sale - 10/02/2017___ Serial No. 270082D; Sales Price: $253,130. 00_____

Purchaser:_____ Precision Heli-Support, LLC_____

_____

[ii] See Exhibit B.
[iii] See Exhibit C.

## CONSUMMATION OF PLAN:

**If this is a final report, has an application for Final Decree been submitted?**

_____ Yes    Date application was submitted?

__X___No    Date when application will be submitted

**Estimated Date of Final Payment Under Plan** ____Upon Resolution of Reish Appeal

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

SIGNED: _____ DATE: October 21, 2020
Louie A. Mukai, Liquidation Trustee

**EXHIBIT A**

1.Disbursing Agent Compensation

| | | |
|---|---|---|
| Mukai, Greenlee & Company, PC-Trustee | $ | 3,720.00 |
| | $ | 3,720.00 |

2. Fee for Attorney for Trustee

| | | |
|---|---|---|
| Cross Law Firm, PLC | | $14,836.75 |
| Osborn Maledon P.A | $ | 1,595.00 |
| | $ | 16,431.75 |

3. Fee for Attorney for Debtor

| | | |
|---|---|---|
| | $ | - |

4. Other Professionals

| | | |
|---|---|---|
| Mukai, Greenlee & Company, PC-Accounting | $ | 1,515.20 |
| OneBeacon Insurance | $ | - |
| BOK Financial | $ | - |
| Cube Smart | $ | 1,676.88 |
| Office of the US Trustee | $ | 650.00 |
| | $ | 3,842.08 |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---|---|
| Above Total ( #1-4) | $ | 23,993.83 |

7.Priority Creditors

| | | |
|---|---|---|
| | $ | - |
| | $ | - |

| | | |
|---|---|---|
| Total for all categories: | $ | 23,993.83 |

**EXHIBIT B**

1.Disbursing Agent Compensation

| | | |
|---|---|---|
| *Amount Per 6/30/2020 Quarterly Report Filed* | $ | 199,650.67 |
| Mukai, Greenlee & Company, PC-Trustee | $ | 3,720.00 |
| | $ | 203,370.67 |

2. Fee for Attorney for Trustee

| | | |
|---|---|---|
| *Amount Per 6/30/2020 Quarterly Report Filed* | $ | 830,353.67 |
| Cross Law Firm, PLC | $ | 14,836.75 |
| Osborn Maledon P.A | $ | 1,595.00 |
| | $ | 846,785.42 |

3. Fee for Attorney for Debtor

| | | |
|---|---|---|
| *Amount Per 6/30/2020 Quarterly Report Filed* | $ | - |
| | $ | - |

4. Other Professionals

| | | |
|---|---|---|
| *Amount Per 6/30/2020 Quarterly Report Filed* | $ | 178,835.17 |
| Mukai, Greenlee & Company, PC-Accounting | $ | 1,515.20 |
| | $ | 180,350.37 |

| | | |
|---|---|---|
| Previous YTD Expenses | $ | 119,689.74 |
| Cube Smart | $ | 1,676.88 |
| Office of the US Trustee | $ | 650.00 |
| BOK Financial | $ | - |
| One Beacon Insurance | $ | - |
| | $ | 122,016.62 |

| | | |
|---|---|---|
| | $ | 302,366.99 |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---|---|
| *Amount Per 6/30/2020 Quarterly Report Filed* | $ | 1,328,529.25 |
| Current Quarter Above Total ( #1-4) | $ | 23,993.83 |
| | $ | 1,352,523.08 |

7.Priority Creditors

| | | |
|---|---|---|
| *Amount Per 6/30/2020 Quarterly Report Filed* | $ | 123,242.06 |
| | $ | 123,242.06 |

| | | |
|---|---|---|
| Total for all categories: | $ | 1,475,765.14 |

# EXHIBIT C

1.Disbursing Agent Compensation

| | | |
|---|---|---|
| Mukai, Greenlee & Company, PC-Trustee | $ | 231.55 |
| | $ | 231.55 |

2. Fee for Attorney for Trustee

| | | |
|---|---|---|
| Cross Law Firm, PLC | $ | - |
| Osborn Maledon | $ | - |
| | $ | - |

3. Fee for Attorney for Debtor

| | | |
|---|---|---|
| | $ | - |

4. Other Professionals

| | | |
|---|---|---|
| Mukai, Greenlee & Company, PC-Accounting | $ | 124.00 |
| Azerbaijan Ministry of Defense | $ | 144,140.46 <1> |
| | $ | 144,264.46 |

5. All Expenses, Including Disbursing Agent's

| | | |
|---|---|---|
| Above Total ( #1-4) | $ | 144,496.01 |
| | $ | 144,496.01 |

| | | |
|---|---|---|
| Total for all categories: | $ | 144,496.01 |

<1> See Exhibit D.

**EXHIBIT D**

Savings Bank Account

| | | |
|---|---|---|
| Azerbaijan Ministry of Defense (AMOD) | 144,140.46 | <1> |
| Interest Earned 2016 | 86.09 | |
| Interest Earned 2017 | 123.58 | |
| Interest Earned 2018 | 177.27 | |
| Interest Earned 2019 | 228.38 | |
| Interest Earned 2020 | 99.80 | |
| Balance 9/30/2020 | 144,855.58 | |

<1> Amount represents monies received from Azerbaijan Ministry of Defense.
Amount is currently in dispute and potentially owed.

| | |
|---|---|
| AMOD Amount Per 6/30/2020 Quarterly Report Filed | 145,398.12 |
| August-October 2020 Rent Adjustments | (1,257.66) |
| | 144,140.46 |

## EXHIBIT E

**2017 Collections:**

| Date | Description | | Amount |
|---|---|---|---|
| 1/9/2017 | Precision Heli-Support, LLC (Parts Sale) | $ | 3,000.00 |
| 2/24/2017 | ROK DAPA (Receivables) | $ | 9,340.00 |
| 8/29/2017 | Heli-Skills Limited Settlement (1st Half) | $ | 31,854.93 |
| 9/29/2017 | Heli-Skills Limited Settlement (2nd Half) | $ | 36,463.82 |
| 10/2/2017 | Precision Heli-Support, LLC (Aircraft Sale) | $ | 253,130.00 |
| 11/7/2017 | Dickstein Shapiro Settlement | $ | 275,000.00 |
| | | $ | 608,788.75 |

**2018 Collections:**

| Date | Description | | Amount |
|---|---|---|---|
| 1/3/2018 | ROK DAPA (Performance Bonds) | $ | 324,905.03 |
| 1/11/2018 | ROK DAPA (Receivables) | $ | 205,108.17 |
| 2/12/2018 | ROK DAPA (Performance Bonds) | $ | 57,151.57 |
| 2/14/2018 | ROK DAPA (Performance Bonds) | $ | 52,881.10 |
| | | $ | 640,045.87 |

**2019 Collections:**

| Date | Description | | Amount |
|---|---|---|---|
| 1/31/2019 | Sale of Miscellaneous Helicopter Parts Sale | $ | 14,500.00 |
| 2/8/2019 | Court Order Awarding Attorney's Fees | $ | 26,542.50 |
| 5/29/2019 | Fixed Wing Aircraft Sale | $ | 24,900.00 |
| 6/10/2019 | Insurance Refund | $ | 45.00 |
| | | $ | 65,987.50 |

**2020 Collections:**

| Date | Description | | Amount |
|---|---|---|---|
| 5/18/2020 | Court Order Awarding Attorney's Fees | $ | 3,000.00 |
| 5/26/2020 | Refund of Attorney Retainer | $ | 261.62 |
| | | $ | 3,261.62 |

| | | | |
|---|---|---|---|
| Checking Bank Account | Balance 9/30/2020 | $ | 626,954.12 |