SO ORDERED.

Dated: October 26, 2020

*Daniel P. Collins* (signature)

**Daniel P. Collins, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| PHOENIX HELIPARTS, INC., | Case No. 2:15-bk-12003-DPC |
| Debtor. | **ORDER APPROVING LIQUIDATING TRUSTEE'S NOTICE OF INTENT TO ABANDON AND/OR DESTROY ESTATE PROPERTY** |
| Now Substantively Consolidated with PHOENIX HELI SUPPORT, L.L.C. | |
| | **(Re: Paper Business Records held in storage facility)** |

This matter having come before this Court pursuant to the *Liquidating Trustee's Notice of Intent to Abandon and/or Destroy Estate Property* (the "Notice") filed by Louie Mukai, Liquidation Trustee for the Phoenix Heliparts, Inc. Liquidation Trust ("Trustee"), requesting authority to abandon and/or destroy estate property consisting of paper business records of the Debtors ("the Estate Records"), which are currently being held in a storage facility located at Cubesmart Rent, 5750 S. Power Road, Unit 4031, Gilbert, AZ 85295, costing the estate approximately $100-$200 per month in storage fees, and there being no objections to the Notice filed with this Court or served on the Trustee, and having considered the Notice and the entire record before this Court,

**IT IS HEREBY ORDERED:**

A. Authorizing the Trustee to abandon the Estate Records and destroy them without further notice or hearing.

**ORDERED, DATED, AND SIGNED AS SHOWN ABOVE.**